**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Trident Marketing, Inc.
   23611 Litchfield Bend Lane
   Katy, Texas 77494

   2:06CW496-SRW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ John B. Walker    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): John B. Walker
C. Date of Delivery: 6-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 2144

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1.

   John Buster Walker, II
   23611 Litchfield Bend Lane
   Katy, Texas 77494

   2:06CW496-SRW

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X /s/ John B. Walker    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): John B. Walker
C. Date of Delivery: 6-12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 0390 0001 0089 0628

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540