# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

***To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date.*** *(See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*

Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

**United States Patent and Trademark Office**

Reg. No. 3,027,833
Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# juice alive

TRIDENT MARKETING (GEORGIA CORPORATION)
1612 39TH. STREET
COLUMBUS, GA 31904

FOR: JUICE BASED CONCENTRATES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 8-10-2004; IN COMMERCE 9-30-2004.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JUICE", APART FROM THE MARK AS SHOWN.

THE COLOR(S) BLUE, BLACK, ORANGE, GREEN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF JUICE WRITTEN IN BLUE, ALIVE WRITTEN IN BLACK, THE WATER DROPLETS COMING FROM THE "E" IN ALIVE ARE IN BLUE. THE ORANGE IMAGE IS IN THE COLOR ORANGE AND THE LEAF AT THE TOP OF THE ORANGE IS GREEN.

SER. NO. 78-479,147, FILED 9-6-2004.

RUSS HERMAN, EXAMINING ATTORNEY