**From:** Amy Murphy [mailto:atmurphy@olemiss.edu]
**Sent:** Friday, June 09, 2006 2:01 PM
**To:** johnwalker@juicealive.net
**Subject:** Fw: Note

Not sure what to think about all of this...can we still get product if we choose to go wtih your company...read attachment...


----- Original Message -----
**From:** Norman Todd
**To:** Amanda Boler ; Amy Murphy ; Ann Nicholson ; Beau Simonson ; Becke Bounds ; Bettye Clinton ; Bettye Hart ; Cindy Peden ; Darlene Rush ; Darnell Boyd ; Debbie Chatagnier ; Fleeta Blackwell ; Gail Kavanaugh ; Glenda Thomas ; Joeirma Smith ; Joyce Herbert ; June Smith ; Kenny Coker ; Lisa McKee ; Lynda Callender ; Lynda Ellis ; Mary Alice Marsh ; Mary Duck ; Mary Lou Dodd ; Myra Tims ; Pam Easterling ; Ragina Ducksworth ; Rena Pritchard ; Rhonda Robertson ; Shirley Taylor ; Susan Shumpert ; Tanya Morgan ; Wendy Tucker
**Sent:** Friday, June 09, 2006 1:57 PM
**Subject:** Note

I would like to take this opportunity to share with you a note forwarded to me by the Vice President of U S Beverage. I felt I should forward it to you for your personal knowledge. If you should have any questions or concerns, feel free to contact me.

Buddy Todd
Sales Manager
U S Beverage
334-281-1226(office)
334-328-6361(cell)

June 5, 2006

Dear Mississippi Child Nutrition Directors,

    It has been brought to our attention that John Walker is engaging to market and distribute the "Juice Alive" brand in the state of Mississippi through his corporation, Trident Marketing. However, John is the current Vice President of Sales for US Beverage. He is therefore an officer of US Beverage who serves on its board of directors, owns 1/3 of the shares of stock, owns 1/3 of the building that houses US Beverage, receives full health insurance benefits and life insurance benefits from US Beverage, files a US Beverage tax return and is a personal guarantor of loans and leases for US Beverage. John is and was an officer of the corporation when the Juice Alive brand was developed for US Beverage in 2005. John participated with US Beverage at the Mississippi Child Nutrition show in 2005 and was introduced there as a partner of US Beverage. Because he is now attempting to market Juice Alive on behalf of his own company, Trident Marketing, John Walker potentially stands to gain as a participant with multiple companies in a bid in Mississippi. Furthermore, John, as an officer and shareholder of US Beverage, has access to the books, including customer lists, pricing, bids, etc. We feel that this would give him an unfair advantage in any competitive bid situation.

    It has been told to us by several directors around the State that John Walker has made statements indicating that he has no involvement with US Beverage and that he has the right to offer and bid Juice Alive in the state of Mississippi. We have also been told that either John and/or his agents have made injurious statements referencing our financial stability. We have heard the name Scott or Scottie West on several occasions in regard to these injurious and false statements. If these or similar statements relative to these matters have been made to you, please know that they are false.

    Last week, US Beverage filed a federal law suit in the United States District Court for the Middle District of Alabama against John Walker, Trident Marketing, and his agents. The claims in the federal lawsuit relate, at least in part, to the actions described herein. This is a matter of public record; however I can send you a copy of the filed document at your request. In addition, I am traveling to Mississippi to meet with the Attorney General's office regarding this very serious matter.

    It is believed that John is doing similar things in the state of Alabama, and other states, through other entities which may include: Dispensing Systems of Alabama, Dispensing Systems of Florida, and Dispensing Systems of Georgia. One of the Dispensing Systems recently

presented its first bid in Alabama. Although the Dispensing Systems' affiliate bid a lower price than US Beverage, (appearing to have prior knowledge of US Beverage's books), US Beverage was awarded the bid based on a disqualification of the lower bid. In regard to this and other matters, we are meeting with the Alabama Attorney General's Office this week.

I regret that this problem has come to fruition. Although he is still an officer of US Beverage during the pending federal lawsuit, I want to express that John Walker is acting individually and his current actions are in no way connected to US Beverage. US Beverage is entering its third year of involvement with the great state of Mississippi. We stand on a reputation of integrity, built by honesty and fair practices. We have introduced a product that has enriched the food program of thousands of Mississippi school kids. We also have an outstanding reputation for providing you with excellent levels of service, and we at US Beverage are looking forward to working with you again in the 2006-2007 school year.

Thank you very much for your time and attention. If I can provide any further information in regard to this matter, please do not hesitate to contact me or Grady Kittrell, President of US Beverage.


Very Truly Yours,


Tom Clark
Vice President
US Beverage, Inc.