IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-cv-496-MEF |
| | ) |
| JOHN BUSTER WALKER, II, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is hereby ORDERED as follows:

1. The parties are authorized to conduct discovery on matters relevant to the issues in their respective requests for preliminary injunctive relief.

2. The parties are directed to jointly file a status report by no later than August 4, 2006, advising the court when they anticipate that the discovery on issues relevant to the requests for preliminary injunctive relief to be complete. After the court has been advised of the status of this discovery it will enter an order setting deadlines for submissions relating to the requests for preliminary injunctive relief.

DONE this 28th day of June, 2006.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE