AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA (Northern Division)

U.S. Beverage, Inc.

**SUMMONS IN A CIVIL ACTION**

V.

John Buster Walker, II; and
Trident Marketing, Inc.

CASE NUMBER: 2:06-CV-496-SRW

TO: (Name and address of Defendant)

Mr. Thomas G. Clark, III
1501 Westminster Drive
Montgomery, AL 36117

(counterclaim third party defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Raymond L. Jackson, Jr.
Attorney & Counsellor at Law, P.C.
P.O. Box 3575
Auburn, AL 36831-3575

(Attorney for Counterclaim Plaintiffs John Walker & Trident Marketing, Inc.)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                             6/26/2006
CLERK                                                        DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | June 27, 2006 |
| NAME OF SERVER (PRINT) Harry L. McElwee | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 844 Lagoon Commercial Blvd. Montgomery, AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-27-2006         Harry L McElwee
            Date              Signature of Server

1405 43rd St Phenix City, AL, 36867
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure