AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**MIDDLE** District of **ALABAMA (Northern Division)**

U.S. Beverage, Inc.

V.

John Buster Walker, II; and
Trident Marketing, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06-CV-496-SRW

TO: (Name and address of Defendant)

Mr. Norman Todd
764 Hazel Green Drive
Wetumpka, AL 36093

(counterclaim third party defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Raymond L. Jackson, Jr.
Attorney & Counsellor at Law, P.C.
P.O. Box 3575
Auburn, AL 36831-3575

(Attorney for Counterclaim Plaintiffs John Walker & Trident Marketing, Inc.)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    6/26/2006

CLERK                                               DATE

Ben White

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 30, 2006 |
| NAME OF SERVER (PRINT) Harry L. McElwee | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Norman Todd - 844 Lagoon Commercial Blvd, Montgomery, AL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL $60.14 | SERVICES $75.00 | TOTAL $0.00 $135.14 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 30, 2006
Date

Signature of Server: Harry L. McElwee

Address of Server: 1405 43rd Street, Phenix City, AL 36867

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure