# MINUTES

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Honorable Mark E. Fuller,          AT MONTGOMERY, AL

DATE COMMENCED:   6-28-06          AT 10:05 a.m.
DATE COMPLETED:   6-28-06          AT 10:25 a.m

U.S. Beverage, Inc.            )
                               )
    vs.                        )   CV NO. 2:06CV496-MEF
                               )
John B. Walker, II., et al.    )

_____
    Plaintiff          APPEARANCES      Defendant
Nelson Gill                             Raymond L. Jackson, Jr.

_____
                Court Officials Present:
Jimmy Dickens, Court Reporter
Barbara Wells, Law Clerk
Kelli Gregg, Courtroom Clerk

_____
                COURTROOM PROCEEDINGS

6/28/06 Status Conference

    10:05 a.m. -   Court convenes.
                   Court discusses matters of Courts schedule
                   and the scheduling of a preliminary
                   injunctive relief hearing that could be heard
                   by a Magistrate Judge if parties were
                   agreeable.
                   Defense counsel would like to have a hearing
                   within the next 60 to 90 days because of
                   depositions that need to be taken.
                   Plaintiff's counsel agrees.
                   Counsel state that they are open to
                   mediation.
                   Parties would like to begin discovery at this
                   time.
                   Court will get an order out starting
                   discovery for parties.
    10:25 a.m. -   Court is in recess.