**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **U.S. BEVERAGE, INC.** )<br>)<br>  **Plaintiff,** )<br>)<br>v. ) **Civil Action No. 2:06-CV-496-SRW**<br>)<br>**JOHN BUSTER WALKER, II; and** )<br>**TRIDENT MARKETING, INC.;** )<br>)<br>  **Defendants.** )<br>--------------------------------------------------<br>**JOHN BUSTER WALKER, II; and** )<br>**TRIDENT MARKETING, INC.;** )<br>)<br>  **Counterclaim Plaintiffs,** )<br>)<br>v. )<br>)<br>**U.S. BEVERAGE, INC.;** )<br>)<br>  **Counterclaim Defendant,** )<br>)<br>**and** )<br>)<br>**GRADY DOWLING KITTRELL;** )<br>**THOMAS GOING CLARK, III; and** )<br>**NORMAN"Buddy" TODD;** )<br>)<br>  **Third Party Defendants.** ) | |

## JOINT STATUS REPORT

Plaintiff U.S. Beverage, Inc. and Defendants John Walker and Trident Marketing, Inc., hereby jointly respond to this Court's order dated June 28, 2006, requesting the filing of a Joint Status Report regarding the status of discovery. Since that date, the undersigned attorneys have agreed to exchange Rule 26 initial disclosures (including providing each other with copies of documents relevant to the case). All parties will have made their initial disclosures by Monday

1

2

August 7, 2006.  The undersigned attorneys have also discussed possible dates for depositions. To date, no depositions have been noticed or held, but the parties anticipate that the depositions necessary to prepare for the preliminary injunction hearing will be completed within the next thirty days.

       DATED this the 4th day of August 2006.

                                  s/Raymond L. Jackson, Jr.
                                 Raymond L. Jackson, Jr. (JAC054)
                                 Jackson Law Group, P.C.
                                 P.O. Box 3575
                                 Auburn, Alabama 36831-3575
                                 rjackson@auburnattorney.com
                                 Attorney for John B. Walker, II, and
                                 Trident Marketing, Inc.

**OF COUNSEL:**
Raymond L. Jackson, Jr.
Attorney & Cousellor at Law, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
(334) 821-0600
(334) 821-1950 (FAX)
rjackson@auburnattorney.com

        s/C. Nelson Gill
Richard H. Gill (GIL007)
C. Nelson Gill (GIL055)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery AL 36101-0347
Phone: 334/834-1180
Fax: 334/834-3172
Email: gill@copelandfranco.com
Email: ngill@copelandfranco.com
Attorneys for U. S. Beverage, Inc.

**OF COUNSEL:**
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery AL 36101-0347
Phone: 334/834-1180
Fax: 334/834-3172
Email: gill@copelandfranco.com
Email: ngill@copelandfranco.com

**CERTIFICATE OF SERVICE**

     I certify that on this the 4th day of August 2006 a copy of the foregoing pleading was served upon all counsel of record through the EMCS electronic filing system and/or by placing said copy in First Class U.S. Mail with postage prepaid to the following addresses:

     Richard H. Gill, Esq.
     C. Nelson Gill, Esq.
     Copeland, Franco, Screws & Gill, P.A.
     P.O. Box 347
     Montgomery, AL 36101-0347


                                    s/Raymond L. Jackson, Jr.
                                    Raymond L. Jackson, Jr. (JAC054)
                                    Jackson Law Group, P.C.
                                    P.O. Box 3575
                                    Auburn, Alabama 36831-3575
                                    rjackson@auburnattorney.com
                                    334-821-0600