IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-496-MEF |
| | ) |
| JOHN BUSTER WALKER, II, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that the parties file a joint status report no later than **November 17, 2006**, advising the court when they anticipate that the discovery on the issues related to the requests for preliminary injunctive relief is to be completed and whether they still seek a hearing on preliminary injunctive relief.

DONE this 8th day of November, 2006.

                                        /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE