IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-CV-496-SRW |
| ) | |
| JOHN BUSTER WALKER, II; and ) | |
| TRIDENT MARKETING, INC.; ) | |
| ) | |
| Defendants. ) | |
| ------------------------------------------------------ | |
| JOHN BUSTER WALKER, II; and ) | |
| TRIDENT MARKETING, INC.; ) | |
| ) | |
| Counterclaim Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. BEVERAGE, INC.; ) | |
| ) | |
| Counterclaim Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| GRADY DOWLING KITTRELL; ) | |
| THOMAS GOING CLARK, III; and ) | |
| NORMAN "Buddy" TODD; ) | |
| ) | |
| Third Party Defendants. ) | |

## JOINT STATUS REPORT

Plaintiff U.S. Beverage, Inc. and Defendants John Walker and Trident Marketing, Inc., hereby jointly respond to this Court's order dated November 8, 2006, requesting the filing of a Joint Status Report regarding the status of discovery and the necessity of a preliminary injunction hearing. The parties jointly state as follows:

1

1. The parties have finished all depositions necessary for a preliminary injunction hearing. The parties do have some remaining document discovery based upon information obtained during the depositions.

2. The parties have completed the majority of discovery necessary for any hearing regarding injunctive relief; however, the parties believe that there is a reasonable chance that they may be able to resolve the issues in the case short of any hearing. For this reason, the parties are considering mediation prior to any hearing.

3. As the parties are having ongoing negotiations, all parties jointly request that the Court allow the parties one month to attempt to resolve the case prior to a hearing. The parties will, upon the Court's approval, jointly file another status report on December 15, 2006.

Wherefore, Plaintiff U.S. Beverage and Defendants Trident Marketing and John Walker jointly request that the parties be given until December 15, 2006 to reach a mutual resolution, with the parties to file another joint status report on December 15, 2006.

DATED this the 17th day of November, 2006.

                                              s/Raymond L. Jackson, Jr.
Raymond L. Jackson, Jr. (JAC054)
Jackson Law Group, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
rjackson@auburnattorney.com
Attorney for John B. Walker, II, and
Trident Marketing, Inc.

**OF COUNSEL:**
Raymond L. Jackson, Jr.
Attorney & Cousellor at Law, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
(334) 821-0600
(334) 821-1950 (FAX)
rjackson@auburnattorney.com

                                        <u>s/C. Nelson Gill</u>
                                        Richard H. Gill (GIL007)
                                        C. Nelson Gill (GIL055)
                                        Copeland, Franco, Screws & Gill, P.A.
                                        444 South Perry Street
                                        P.O. Box 347
                                        Montgomery AL 36101-0347
                                        Phone: 334/834-1180
                                        Fax: 334/834-3172
                                        Email: gill@copelandfranco.com
                                        Email: ngill@copelandfranco.com
                                        Attorneys for U. S. Beverage, Inc.

**OF COUNSEL:**
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery AL 36101-0347
Phone: 334/834-1180
Fax: 334/834-3172
Email: gill@copelandfranco.com
Email: ngill@copelandfranco.com