IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-496-MEF |
| | ) |
| JOHN BUSTER WALKER, II, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that the parties file a joint status report no later than December 15, 2006, advising the court when they anticipate that the discovery on the issues related to the requests for preliminary injunctive relief is to be completed.

DONE this the 22nd day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE