**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **U.S. BEVERAGE, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:06-CV-496-SRW** |
| | ) | |
| **JOHN BUSTER WALKER, II; and** | ) | |
| **TRIDENT MARKETING, INC.;** | ) | |
| | ) | |
| **Defendants.** | ) | |
| ------------------------------------------------- | | |
| **JOHN BUSTER WALKER, II; and** | ) | |
| **TRIDENT MARKETING, INC.;** | ) | |
| | ) | |
| **Counterclaim Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **U.S. BEVERAGE, INC.;** | ) | |
| | ) | |
| **Counterclaim Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **GRADY DOWLING KITTRELL;** | ) | |
| **THOMAS GOING CLARK, III; and** | ) | |
| **NORMAN"Buddy" TODD;** | ) | |
| | ) | |
| **Third Party Defendants.** | ) | |

## JOINT STATUS REPORT

Plaintiff U.S. Beverage, Inc. and Defendants John Walker and Trident Marketing, Inc.,

hereby jointly respond to this Court's order, requesting the filing of a Joint Status Report

regarding this case on or before December 15, 2006.  Since the last Joint Status Report was filed

by the parties, the undersigned attorneys have discussed the possibility of mediating this case.  It

has recently become apparent to the undersigned attorneys that the parties cannot at this point in

1

time reach a compromise through mediation.  Therefore, Plaintiff and Defendants/ Counterclaim

Plaintiffs intend to pursue their respective requests for preliminary injunctive relief.  At this

point, the parties have completed the depositions necessary for preliminary injunction purposes

and should be finished exchanging discovery documents within three weeks.  At this point, the

parties request that this Court schedule a preliminary injunction hearing in this case.

DATED this the 14th day of December 2006.

s/Raymond L. Jackson, Jr.
Raymond L. Jackson, Jr. (JAC054)
Jackson Law Group, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
rjackson@auburnattorney.com
Attorney for John B. Walker, II, and
Trident Marketing, Inc.

**OF COUNSEL:**
Raymond L. Jackson, Jr.
Attorney & Cousellor at Law, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
(334) 821-0600
(334) 821-1950 (FAX)
rjackson@auburnattorney.com

s/C. Nelson Gill
Richard H. Gill (GIL007)
C. Nelson Gill (GIL055)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery AL 36101-0347
Phone: 334/834-1180
Fax: 334/834-3172
Email: gill@copelandfranco.com
Email: ngill@copelandfranco.com
Attorneys for U. S. Beverage, Inc.

**OF COUNSEL:**
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery AL 36101-0347
Phone: 334/834-1180
Fax: 334/834-3172
Email: gill@copelandfranco.com
Email: ngill@copelandfranco.com


## CERTIFICATE OF SERVICE

I certify that on this the 14th day of December 2006 a copy of the foregoing pleading was served upon all counsel of record through the EMCS electronic filing system and/or by placing said copy in First Class U.S. Mail with postage prepaid to the following addresses:

Richard H. Gill, Esq.
C. Nelson Gill, Esq.
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

Raymond L. Jackson, Jr. (JAC054)
Jackson Law Group, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575

s/Raymond L. Jackson, Jr.
Raymond L. Jackson, Jr. (JAC054)
Jackson Law Group, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
rjackson@auburnattorney.com
334-821-0600