**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **U.S. BEVERAGE, INC.** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )  **Civil Action No. 2:06-CV-496-SRW** |
| | ) |
| **JOHN BUSTER WALKER, II; and** | ) |
| **TRIDENT MARKETING, INC.;** | ) |
| | ) |
|     **Defendants.** | ) |
| ------------------------------------------------------ | |
| **JOHN BUSTER WALKER, II; and** | ) |
| **TRIDENT MARKETING, INC.;** | ) |
| | ) |
|     **Counterclaim Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) |
| **U.S. BEVERAGE, INC.;** | ) |
| | ) |
|     **Counterclaim Defendant,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **GRADY DOWLING KITTRELL;** | ) |
| **THOMAS GOING CLARK, III; and** | ) |
| **NORMAN"Buddy" TODD;** | ) |
| | ) |
|     **Third Party Defendants.** | ) |

**PARTIAL MOTION TO DISMISS WITH PREJUDICE**

    Counterclaimants and Third Party Plaintiffs John Walker and Trident Marketing, Inc., respectfully moves this Court to dismiss with prejudice their third party claims against Third Party Defendant Norman "Buddy" Todd.  In support of this Motion, John Walker and Trident Marketing, Inc. state as follows:

1

(1)     Third party plaintiffs have learned that Norman Todd is no longer employed by U.S. Beverage, Inc.; and

(2)     Norman Todd has disassociated himself from U.S. Beverage, Inc. and its activities that gave rise to the Counterclaim and Third Party Complaint brought by Walker and Trident Marketing, Inc.

WHEREFORE, Third Party Plaintiffs John Walker and Trident Marketing, Inc. respectfully ask this Court to dismiss with prejudice the claims against Norman "Buddy" Todd.

DATED this the 5th day of JANUARY 2007.

    s/Raymond L. Jackson, Jr.
Raymond L. Jackson, Jr. (JAC054)
Jackson Law Group, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
rjackson@auburnattorney.com
Attorney for John B. Walker, II, and
Trident Marketing, Inc.

**OF COUNSEL:**
Raymond L. Jackson, Jr.
Jackson Law Group, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
(334) 821-0600
(334) 821-1950 (FAX)
rjackson@auburnattorney.com

**CERTIFICATE OF SERVICE**

    I certify that on this the 5th day of January 2007 a copy of the foregoing pleading was served upon all counsel of record through the EMCS electronic filing system and/or by placing said copy in First Class U.S. Mail with postage prepaid to the following addresses:

    Richard H. Gill, Esq.
    C. Nelson Gill, Esq.
    Copeland, Franco, Screws & Gill, P.A.
    P.O. Box 347
    Montgomery, AL 36101-0347


    s/Raymond L. Jackson, Jr.
    Raymond L. Jackson, Jr. (JAC054)
    Jackson Law Group, P.C.
    P.O. Box 3575
    Auburn, Alabama 36831-3575
    rjackson@auburnattorney.com
    334-821-0600