IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-496-MEF |
| | ) |
| JOHN BUSTER WALKER, II, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the Partial Motion to Dismiss With Prejudice (Doc. #19) filed on January 5, 2007, it is hereby

ORDERED that the motion is GRANTED and the claims against Norman "Buddy" Todd are dismissed with prejudice from this cause of action.

DONE this the 9th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE