IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-496-MEF |
| | ) |
| JOHN BUSTER WALKER, II, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the parties' motions for preliminary injunction (Doc. #1 and #5), it is hereby

ORDERED that the parties shall files briefs and any evidentiary materials in support of their respective requests for preliminary injunctive relief on or before March 9, 2007.

It is further ORDERED that a hearing on the motion for preliminary injunction is set for April 23, 2007 at 10:00 A.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 23rd day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE