**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **U.S. BEVERAGE, INC.** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 2:06-CV-496-SRW** |
| ) | |
| **JOHN BUSTER WALKER, II; and** ) | |
| **TRIDENT MARKETING, INC.;** ) | |
| ) | |
|    **Defendants.** ) | |
| -------------------------------------------- | |
| **JOHN BUSTER WALKER, II; and** ) | |
| **TRIDENT MARKETING, INC.;** ) | |
| ) | |
|    **Counterclaim Plaintiffs,** ) | |
| ) | |
| v. ) | |
| ) | |
| **U.S. BEVERAGE, INC.;** ) | |
| ) | |
|    **Counterclaim Defendant,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **GRADY DOWLING KITTRELL;** ) | |
| **THOMAS GOING CLARK, III; and** ) | |
| **NORMAN"Buddy" TODD;** ) | |
| ) | |
|    **Third Party Defendants.** ) | |

**MOTION TO EXTEND BRIEFING DEADLINE**

    Plaintiff U.S. Beverage, Inc. hereby moves the Court to grant all parties, Plaintiff U.S. Beverage and Defendants/Counterclaim Plaintiffs John Walker and Trident Marketing, Inc. one additional week in which to file their respective briefs in accordance with the Court's Order of February 23, 2007 (Doc. #21), and shows as follows:

    1.    On February 23, 2007, the Court ordered that all parties file, on or before March 9, 2007, briefs in support of their respective motions for preliminary injunction.

1

2. Due to several unavoidable conflicts, Counsel for Plaintiff respectfully requests that **both movants** be given one additional week in which to file their respective briefs.

3. Counsel for Plaintiff has contacted counsel for Defendants John Walker and Trident Marketing, LLC and counsel for Defendants has no objection to this one week extension.

Wherefore, Plaintiff U.S. Beverage, Inc. respectfully prays that the Court will grant this Motion, and order that each party be given a one additional week for the filing of its brief, with each party's brief being due on or before March 16, 2007.

DATED this the 7th day of March, 2007.

                                                     s/C. Nelson Gill  
                                                    Richard H. Gill (GIL007)  
                                                    C. Nelson Gill (GIL055)  
                                                    Copeland, Franco, Screws & Gill, P.A.  
                                                    444 South Perry Street  
                                                    P.O. Box 347  
                                                    Montgomery AL 36101-0347  
                                                    Phone: 334/834-1180  
                                                    Fax: 334/834-3172  
                                                    Email: gill@copelandfranco.com  
                                                    Email: ngill@copelandfranco.com  
                                                    Attorneys for U. S. Beverage, Inc.

**OF COUNSEL:**  
Copeland, Franco, Screws & Gill, P.A.  
444 South Perry Street  
P.O. Box 347  
Montgomery AL 36101-0347  
Phone: 334/834-1180  
Fax: 334/834-3172  
Email: gill@copelandfranco.com  
Email: ngill@copelandfranco.com