IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-496-MEF |
| | ) |
| JOHN BUSTER WALKER, II, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Extension of Deadline Briefing (Doc. #22) filed on March 7, 2007, it is hereby

ORDERED that the motion is GRANTED to and including March 16, 2007.

DONE this the 8th day of March, 2007.

                                                          /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE