```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    NORTHERN DIVISION

  US BEVERAGE, INC.,
        Plaintiff,
  vs.
  JOHN BUSTER WALKER,
  II, and TRIDENT              CIVIL ACTION NO.
  MARKETING, INC.,
        Defendants.            2:06-CV-496-SRW
  ---------------------
  JOHN BUSTER WALKER,
  II, and TRIDENT
  MARKETING, INC.,
        Counterclaim
        Plaintiffs,
  vs.
  US BEVERAGE, INC.,
        Counterclaim
        Defendant,
  and
  GRADY DOWLING
  KITTRELL, THOMAS
  GOING CLARK, III, and
  NORMAN "BUDDY" TODD,
        Third Party
        Defendants.


              *   *   *   *   *   *

       DEPOSITION OF NORMAN TODD,
  taken pursuant to notice and stipulation on
  behalf of the Defendant/Counterclaim
  Plaintiff, in the Law Offices of Copeland,
  Franco, Screws & Gill, 444 South Perry Street,
  Montgomery, Alabama, before Tiffany B.
  Beasley, Certified Court Reporter and Notary
  Public in and for the State of Alabama at
  Large, on September 15, 2006, commencing at
  4:23 p.m.
```

|    |    |                                                                  |
|----|----|------------------------------------------------------------------|
| 1  |    | Here's -- we're going to mark this Defendants'                   |
| 2  |    | Exhibit 3.  And first I ask you to identify                      |
| 3  |    | this.  Are these notes or typewritten notes                      |
| 4  |    | your notes, Mr. Todd?                                            |
| 5  |    | (The referred-to document was                                    |
| 6  |    | marked for identification as                                     |
| 7  |    | Defendants' Exhibit No. 3.)                                      |
| 8  | A. | Yes, sir.                                                        |
| 9  | Q. | And this would have been a note made by you on                   |
| 10 |    | June 11th, 2006?                                                 |
| 11 | A. | July 11th.                                                       |
| 12 | Q. | I'm sorry.  July 11th.  It's been a long day.                    |
| 13 |    | Correct.  Okay.  Why don't you read this for                     |
| 14 |    | the record rather than me trying to read it,                     |
| 15 |    | just the whole note.                                             |
| 16 | A. | (As read:) It says, on this date I was                           |
| 17 |    | contacted by Kenny Coker, Child Nutrition                        |
| 18 |    | Director, at Itawamba County, Mississippi, in                    |
| 19 |    | reference to a conversation he had with Amy                      |
| 20 |    | Murphy, Child Nutrition Director of Oxford                       |
| 21 |    | Separate School District.  He stated to me                       |
| 22 |    | that Amy Murphy told him she had elected to                      |
| 23 |    | change to Juice Alive for the upcoming school                    |

|    |    |                                                                 |
|----|----|-----------------------------------------------------------------|
| 1  |    | year, 2006/2007.  She stated to him that he                     |
| 2  |    | had been told by -- she had been told by                        |
| 3  |    | Scotty West, representative of Juice Alive,                     |
| 4  |    | that US Beverage was in financial trouble and                   |
| 5  |    | would not survive as a company much longer.                     |
| 6  | Q. | Okay.  And who was Kenny Coker again?                           |
| 7  | A. | Child nutrition director for Itawamba County.                   |
| 8  | Q. | Is he a customer?                                               |
| 9  | A. | Yes.                                                            |
| 10 | Q. | Is he currently a customer, his school                          |
| 11 |    | district?                                                       |
| 12 | A. | Yes, sir, he is.                                                |
| 13 | Q. | Do you know if Mr. Coker told you he was                        |
| 14 |    | present during any of these conversations                       |
| 15 |    | between Scotty West and Amy Murphy?                             |
| 16 | A. | No, sir.                                                        |
| 17 | Q. | If Amy Murphy denies that this conversation                     |
| 18 |    | occurred, do you have any reason to think Amy                   |
| 19 |    | Murphy would be lying?                                          |
| 20 | A. | I don't know that she would deny it, because I                  |
| 21 |    | don't know why he would have a reason to lie                    |
| 22 |    | to me in reference to it either.  So, no, sir,                  |
| 23 |    | I don't, no.  I don't think she would have any                  |