EXHIBIT 4

```
TOPE, Inc.                                     PAYROLL CHECK REGISTER BY EMPLOYEE
Page No:   1                                         Employee: (16038)
Rpt No: I025-02                                  01/01/2003 thru 10/31/2006
10/26/06
11:35:21

 1 Wachovia Bank, N.A                    200060993723
                                  TOTAL WAGES   TAXABLE WAGES   REIMBURSE                         ST.INC.TAX   WC/SDI/SUTA                  REPAY      NET CK   EIC
CHECK NO.   DATE     BATCH        TAX.DED.BENE    SHORTAGE      OASDI DED   MEDICARE  FED.INC.TAX  LOCAL TAX   BENEFIT DED       LOANS    SHORTAGE    AMOUNT
    16038  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 Walker, John B
A0059930 01/06/03 0301000148         800.00         800.00         0.00       11.60       0.00       30.00        0.00           0.00       0.00        0.00    0.00
                                       0.00           0.00                                                                                                    591.42    0.00
A0060216 01/13/03 0301000315         800.00         800.00        49.60      117.38       0.00       30.00        0.00           0.00       0.00        0.00  591.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0060496 01/20/03 0301000503         800.00         800.00        49.60      117.38       0.00       30.00        0.00           0.00       0.00        0.00  591.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0060786 01/27/03 0301000875         800.00         800.00        49.60      117.38       0.00       30.00        0.00           0.00       0.00        0.00  591.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0061065 02/03/03 0302000026         800.00         800.00         0.00       11.60       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0061416 02/10/03 0302000200         800.00         800.00        49.60      117.38       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0061683 02/17/03 0302000387         800.00         800.00        49.60      117.38       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0062070 02/24/03 0302000592         800.00         800.00        49.60      117.38       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0062323 03/03/03 0303000018         800.00         800.00         0.00       11.60       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0062733 03/10/03 0303000206         800.00         800.00        49.60      117.38       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0063006 03/17/03 0303000519         800.00         800.00        49.60      117.38       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0063384 03/24/03 0303000697         800.00         800.00        49.60      117.38       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0063667 03/31/03 0303000885         800.00         800.00         0.00       11.60       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0064039 04/07/03 0304000176         800.00         800.00        49.60      117.38       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0064322 04/14/03 0304000454         800.00         800.00        49.60      117.38       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0064704 04/21/03 0304000637         800.00         800.00        49.60      117.38       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0064986 04/28/03 0304000834         800.00         800.00         0.00       11.60       0.00        0.00        0.00           0.00       0.00        0.00  621.42    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0065370 05/05/03 0305000148         900.00         900.00        55.80      144.38       0.00        0.00        0.00           0.00       0.00        0.00  686.77    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0065652 05/12/03 0305000320         900.00         900.00        55.80      144.38       0.00        0.00        0.00           0.00       0.00        0.00  686.77    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0065973 05/05/03 0305000499         900.00         900.00        55.80      144.38       0.00        0.00        0.00           0.00       0.00        0.00  686.77    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0066271 05/26/03 0305000676         900.00         900.00        55.80      144.38       0.00        0.00        0.00           0.00       0.00        0.00  686.77    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0066607 06/02/03 0306000028         900.00         900.00         0.00       13.05       0.00        0.00        0.00           0.00       0.00        0.00  686.77    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0066916 06/09/03 0306000198         900.00         900.00        55.80      144.38       0.00        0.00        0.00           0.00       0.00        0.00  686.77    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0067243 06/16/03 0306000389         900.00         900.00        55.80      144.38       0.00        0.00        0.00           0.00       0.00        0.00  686.77    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0067544 06/23/03 0306000548         900.00         900.00        55.80      144.38       0.00        0.00        0.00           0.00       0.00        0.00  686.77    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0067889 06/30/03 0306000790         900.00         900.00         0.00       13.05       0.00        0.00        0.00           0.00       0.00        0.00  686.77    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0068181 07/07/03 0307000134         900.00         900.00        55.80      136.44       0.00        0.00        0.00           0.00       0.00        0.00  694.71    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0068521 07/14/03 0307000317         900.00         900.00        55.80      136.44       0.00        0.00        0.00           0.00       0.00        0.00  694.71    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0068846 07/21/03 0307000513         900.00         900.00         0.00       13.05       0.00        0.00        0.00           0.00       0.00        0.00  694.71    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0069186 07/28/03 0307000686         900.00         900.00        55.80      136.44       0.00        0.00        0.00           0.00       0.00        0.00  694.71    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0069467 08/04/03 0308000097         900.00         900.00        55.80      136.44       0.00        0.00        0.00           0.00       0.00        0.00  694.71    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
A0069831 08/11/03 0308000272         900.00         900.00        55.80      136.44       0.00        0.00        0.00           0.00       0.00        0.00  694.71    0.00
                                       0.00           0.00                                                                                                      0.00    0.00
```

US Beverage 152

```
TOPE, Inc.                                      PAYROLL CHECK REGISTER BY EMPLOYEE
Page No:   2                                         Employee: (16038)
Rpt No: L025-02                                   01/01/2003 thru 10/31/2006
10/26/06
11:35:21

 1 Wachovia Bank, N.A                 200060993723         Tope, Inc.
```

| CHECK NO. | DATE | BATCH | TOTAL WAGES TAX.DED.BENE | TAXABLE WAGES SHORTAGE | REIMBURSE OASDI DED | MEDICARE FED.INC.TAX | ST.INC.TAX LOCAL TAX | WC/SDI/SUTA BENEFIT DED | LOANS | REPAY SHORTAGE | NET CK AMOUNT EIC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A0070091 | 08/18/03 | 0308000421 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0070484 | 08/25/03 | 0308000624 | 0.00 0.00 | 0.00 0.00 | 0.00 0.00 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 694.71 |
| A0070736 | 09/01/03 | 0309000001 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0071132 | 09/08/03 | 0309000156 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0071405 | 09/15/03 | 0309000317 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0071728 | 09/22/03 | 0309000460 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0072046 | 09/29/03 | 0309000634 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0072439 | 10/06/03 | 0310000142 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0072725 | 10/13/03 | 0310000319 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0073095 | 10/20/03 | 0310000498 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0073371 | 10/27/03 | 0310000787 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0073641 | 11/03/03 | 0311000012 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0074032 | 11/10/03 | 0311000163 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0074367 | 11/17/03 | 0311000229 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0074677 | 11/24/03 | 0311000558 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0074959 | 12/01/03 | 0312000009 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0075285 | 12/08/03 | 0312000137 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| 00606376 | 12/15/03 | 0312000366 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0076171 | 12/22/03 | 0312000600 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0076171 | 12/22/03 | 0312999975 | (900.00) 0.00 | (900.00) 0.00 | 0.00 (55.80) | (13.05) (136.44) | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | (694.71) 0.00 |
| 00608652 | 12/22/03 | 0312000632 | 900.00 0.00 | 900.00 0.00 | 0.00 0.00 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 0.00 694.71 |
| A0076365 | 12/29/03 | 0312000693 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0076687 | 12/31/03 | 0312000857 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0076971 | 01/12/04 | 0401000161 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 694.71 0.00 |
| A0077223 | 01/19/04 | 0401000372 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 80.29 13.05 | 0.00 0.00 | 30.00 0.00 | 0.00 | 0.00 | 750.86 0.00 |
| 00606376 | 01/20/04 | 0312999959 | (900.00) 0.00 | (900.00) 0.00 | 0.00 (55.80) | (13.05) (136.44) | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | (694.71) 0.00 |
| A0077430 | 01/20/04 | 0312000890 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 30.00 0.00 | 0.00 | 0.00 | 750.86 0.00 |
| A0077430 | 01/26/04 | 0401000459 | 1,300.00 0.00 | 1,300.00 0.00 | 0.00 80.60 | 18.85 140.29 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 1,060.26 0.00 |
| A0077450 | 01/20/04 | 0401999989 | (900.00) 0.00 | (900.00) 0.00 | 0.00 (55.80) | (13.05) (136.44) | 0.00 0.00 | (30.00) 0.00 | 0.00 | 0.00 | (664.71) 0.00 |
| 00613771 | 12/15/03 | 0312000891 | 900.00 0.00 | 900.00 0.00 | 0.00 0.00 | 13.05 136.44 | 0.00 0.00 | 30.00 0.00 | 0.00 | 0.00 | 0.00 664.71 |
| 00613771 | 12/15/03 | 0312999958 | (900.00) 0.00 | (900.00) 0.00 | 0.00 0.00 | (13.05) (136.44) | 0.00 0.00 | (30.00) 0.00 | 0.00 | 0.00 | 0.00 (664.71) |
| 00613772 | 01/20/04 | 0312000892 | 900.00 0.00 | 900.00 0.00 | 0.00 55.80 | 13.05 136.44 | 0.00 0.00 | 30.00 0.00 | 0.00 | 0.00 | 664.71 0.00 |
| A0077773 | 02/02/04 | 0402000003 | 1,300.00 0.00 | 1,300.00 0.00 | 0.00 80.60 | 18.85 140.29 | 0.00 0.00 | 0.00 0.00 | 0.00 | 0.00 | 1,060.26 0.00 |

US Beverage 153

```
TOPE, Inc.                                      PAYROLL CHECK REGISTER BY EMPLOYEE
Page No:   3                                         Employee:  (16038)
Rpt No: L025-02                                  01/01/2003 thru 10/31/2006
10/26/06
11:35:21

   1 Wachovia Bank, N.A     2000609993723       Tope, Inc.

                                    TOTAL WAGES                  REIMBURSE      MEDICARE       ST.INC.TAX   WC/SDI/SUTA                REPAY
CHECK NO.   DATE     BATCH          TAX.DED,BENE  TAXABLE WAGES  OASDI DED      FED.INC.TAX    LOCAL TAX    BENEFIT DED   LOANS        SHORTAGE      NET CK AMOUNT  EIC
A0078253  02/09/04  0402000175        1,300.00       1,300.00       80.60          18.85          0.00         0.00        0.00         0.00         1,060.26       0.00
                                          0.00           0.00        0.00         140.29          0.00         0.00                                      0.00
A0078458  02/16/04  0402000262        1,300.00       1,300.00       80.60          18.85          0.00         0.00        0.00         0.00         1,060.26       0.00
                                          0.00           0.00        0.00         140.29          0.00         0.00                                      0.00
A0078458  02/16/04  0402999973       (1,300.00)     (1,300.00)     (80.60)        (18.85)         0.00         0.00        0.00         0.00        (1,060.26)      0.00
                                          0.00           0.00        0.00        (140.29)         0.00         0.00                                      0.00
00618177  02/16/04  0402000360        1,300.00       1,300.00       80.60          18.85          0.00         0.00        0.00         0.00         1,060.26       0.00
                                          0.00           0.00        0.00         140.29          0.00         0.00                                      0.00
A0078819  02/23/04  0402000437        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0079103  03/01/04  0403000007        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0079507  03/08/04  0403000120        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0079790  03/15/04  0403000513        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0080143  03/22/04  0403000676        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0080344  03/29/04  0403000757        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0080646  04/05/04  0404000067        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0080987  04/12/04  0404000233        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0081332  04/19/04  0404000427        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0081653  04/26/04  0404000652        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0081940  05/03/04  0405000012        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0082260  05/10/04  0405000169        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0082396  05/17/04  0405000220        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0082686  05/24/04  0405000400        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0083173  05/31/04  0405000594        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0083501  06/07/04  0406000125        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0083795  06/14/04  0406000272        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0083961  06/21/04  0406000373        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0084281  06/28/04  0406000512        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0084705  07/05/04  0407000087        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0085061  07/12/04  0407000238        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0085299  07/19/04  0407000385        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0085594  07/26/04  0407000498        1,300.00       1,248.00       80.60          18.85          0.00         0.00        0.00         0.00         1,016.06       0.00
                                         52.00           0.00        0.00         132.49          0.00         0.00                                      0.00
A0085935  08/02/04  0408000004        1,300.00       1,196.00       80.60          18.85          0.00         0.00        0.00         0.00           971.86       0.00
                                        104.00           0.00        0.00         124.69          0.00         0.00                                      0.00
A0086293  08/09/04  0408000146        1,300.00       1,196.00       80.60          18.85          0.00         0.00        0.00         0.00           971.86       0.00
                                        104.00           0.00        0.00         124.69          0.00         0.00                                      0.00
A0086490  08/16/04  0408000239        1,300.00       1,196.00       80.60          18.85          0.00         0.00        0.00         0.00           971.86       0.00
                                        104.00           0.00        0.00         124.69          0.00         0.00                                      0.00
A0086902  08/23/04  0408000434        1,550.00       1,426.00       96.10          22.48          0.00         0.00        0.00         0.00         1,142.07       0.00
                                        124.00           0.00        0.00         165.35          0.00         0.00                                      0.00
A0087253  08/30/04  0408000577        1,300.00       1,196.00       80.60          18.85          0.00         0.00        0.00         0.00           971.86       0.00
                                        104.00           0.00        0.00         124.69          0.00         0.00                                      0.00
A0087525  09/06/04  0409000126        1,300.00       1,196.00       80.60          18.85          0.00         0.00        0.00         0.00           971.86       0.00
                                        104.00           0.00        0.00         124.69          0.00         0.00                                      0.00

                                                                                                                                         US Beverage 154
```

```
TOPE, Inc.                                       PAYROLL CHECK REGISTER BY EMPLOYEE
Page No:    4                                        Employee: (16038)
Rpt No: L025-02                                   01/01/2003 thru 10/31/2006
10/26/06
11:35:21

1 Wachovia Bank, N.A              200060999372    Tope, Inc.
```

| CHECK NO. | DATE | BATCH | TOTAL WAGES TAX.DED.BENE | TAXABLE WAGES SHORTAGE | REIMBURSE OASDI DED | MEDICARE FED.INC.TAX | ST.INC.TAX LOCAL TAX | WC/SDI/SUTA BENEFIT DED | LOANS | REPAY SHORTAGE | NET CK AMOUNT EIC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A0087780 | 09/13/04 | 0409000239 | 1,500.00 | 1,380.00 | 0.00 | 21.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1,111.40 |
|  |  |  | 120.00 | 0.00 | 93.00 | 153.85 | 0.00 | 0.00 |  |  | 0.00 |
| A0087988 | 09/20/04 | 0409000366 | 1,500.00 | 1,380.00 | 0.00 | 21.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1,111.40 |
|  |  |  | 120.00 | 0.00 | 93.00 | 153.85 | 0.00 | 0.00 |  |  | 0.00 |
| A0088410 | 09/27/04 | 0409000594 | 1,500.00 | 1,380.00 | 0.00 | 21.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1,096.50 |
|  |  |  | 120.00 | 0.00 | 93.00 | 168.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0088684 | 10/04/04 | 0410000074 | 1,500.00 | 1,380.00 | 0.00 | 21.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1,096.50 |
|  |  |  | 120.00 | 0.00 | 93.00 | 168.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0089010 | 10/11/04 | 0410000211 | 1,500.00 | 1,380.00 | 0.00 | 21.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1,096.50 |
|  |  |  | 120.00 | 0.00 | 93.00 | 168.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0089314 | 10/18/04 | 0410000402 | 1,500.00 | 1,380.00 | 0.00 | 21.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1,096.50 |
|  |  |  | 120.00 | 0.00 | 93.00 | 168.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0089622 | 10/25/04 | 0410000561 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,157.85 |
|  |  |  | 128.00 | 0.00 | 99.20 | 191.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0089936 | 11/01/04 | 0411000005 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,157.85 |
|  |  |  | 128.00 | 0.00 | 99.20 | 191.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0090268 | 11/08/04 | 0411000142 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,157.85 |
|  |  |  | 128.00 | 0.00 | 99.20 | 191.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0090553 | 11/15/04 | 0411000275 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,157.85 |
|  |  |  | 128.00 | 0.00 | 99.20 | 191.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0090896 | 11/22/04 | 0411000420 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,157.85 |
|  |  |  | 128.00 | 0.00 | 99.20 | 191.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0091170 | 11/29/04 | 0411000515 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,157.85 |
|  |  |  | 128.00 | 0.00 | 99.20 | 191.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0091544 | 12/06/04 | 0412000120 | 1,300.00 | 1,196.00 | 0.00 | 18.85 | 0.00 | 0.00 | 0.00 | 0.00 | 962.92 |
|  |  |  | 104.00 | 0.00 | 80.60 | 133.63 | 0.00 | 0.00 |  |  | 0.00 |
| A0091841 | 12/13/04 | 0412000254 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,157.85 |
|  |  |  | 128.00 | 0.00 | 99.20 | 191.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0092224 | 12/20/04 | 0412000451 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,157.85 |
|  |  |  | 128.00 | 0.00 | 99.20 | 191.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0092536 | 12/27/04 | 0412000606 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,157.85 |
|  |  |  | 128.00 | 0.00 | 99.20 | 191.75 | 0.00 | 0.00 |  |  | 0.00 |
| A0092810 | 01/03/05 | 0501000008 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161.41 |
|  |  |  | 128.00 | 0.00 | 99.20 | 188.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0093199 | 01/10/05 | 0501000147 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161.41 |
|  |  |  | 128.00 | 0.00 | 99.20 | 188.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0093199 | 01/10/05 | 0501999994 | (1,600.00) | (1,472.00) | 0.00 | (23.20) | 0.00 | 0.00 | 0.00 | 0.00 | (1,161.41) |
|  |  |  | (128.00) | 0.00 | (99.20) | (188.19) | 0.00 | 0.00 |  |  | 0.00 |
| A0093208 | 01/10/05 | 0501000158 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161.41 |
|  |  |  | 128.00 | 0.00 | 99.20 | 188.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0093408 | 01/17/05 | 0501000236 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161.41 |
|  |  |  | 128.00 | 0.00 | 99.20 | 188.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0093819 | 01/24/05 | 0501000432 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161.41 |
|  |  |  | 128.00 | 0.00 | 99.20 | 188.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0093819 | 01/21/05 | 0501999988 | (1,600.00) | (1,472.00) | 0.00 | (23.20) | 0.00 | 0.00 | 0.00 | 0.00 | (1,161.41) |
|  |  |  | (128.00) | 0.00 | (99.20) | (188.19) | 0.00 | 0.00 |  |  | 0.00 |
| A0093834 | 01/24/05 | 0501000435 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161.41 |
|  |  |  | 128.00 | 0.00 | 99.20 | 188.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0094088 | 01/31/05 | 0501000506 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161.41 |
|  |  |  | 128.00 | 0.00 | 99.20 | 188.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0094479 | 02/07/05 | 0502000126 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161.41 |
|  |  |  | 128.00 | 0.00 | 99.20 | 188.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0094724 | 02/14/05 | 0502000213 | 1,800.00 | 1,656.00 | 0.00 | 26.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 |
|  |  |  | 144.00 | 0.00 | 111.60 | 234.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0095115 | 02/21/05 | 0502000396 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161.41 |
|  |  |  | 128.00 | 0.00 | 99.20 | 188.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0095396 | 02/28/05 | 0502000512 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161.41 |
|  |  |  | 128.00 | 0.00 | 99.20 | 188.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0095742 | 03/07/05 | 0503000129 | 1,600.00 | 1,472.00 | 0.00 | 23.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1,161.41 |
|  |  |  | 128.00 | 0.00 | 99.20 | 188.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0096064 | 03/14/05 | 0503000259 | 1,700.00 | 1,564.00 | 0.00 | 24.65 | 0.00 | 0.00 | 0.00 | 0.00 | 1,222.76 |
|  |  |  | 136.00 | 0.00 | 105.40 | 211.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0096415 | 03/21/05 | 0503000421 | 1,800.00 | 1,656.00 | 0.00 | 26.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 |
|  |  |  | 144.00 | 0.00 | 111.60 | 234.19 | 0.00 | 0.00 |  |  | 0.00 |
| A0096697 | 03/28/05 | 0503000555 | 1,700.00 | 1,564.00 | 0.00 | 24.65 | 0.00 | 0.00 | 0.00 | 0.00 | 1,222.76 |
|  |  |  | 136.00 | 0.00 | 105.40 | 211.19 | 0.00 | 0.00 |  |  | 0.00 |

US Beverage 155

```
TOPE, Inc.                              PAYROLL CHECK REGISTER BY EMPLOYEE
Page No:    5                                    Employee: (16038)
Rpt No: L025-02                              01/01/2003 thru 10/31/2006
10/26/06
11:35:21

 1 Wachovia Bank, N.A           200060993723              Tope, Inc.
```

| CHECK NO. | DATE | BATCH | TOTAL WAGES TAX.DED.BENE | TAXABLE WAGES SHORTAGE | REIMBURSE OASDI DED | MEDICARE FED.INC.TAX | ST.INC.TAX LOCAL TAX | WC/SDI/SUTA BENEFIT DED | LOANS | REPAY SHORTAGE | NET CK AMOUNT | EIC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A0097009 | 04/04/05 | 0504000075 | 1,700.00 | 1,564.00 | 0.00 | 24.65 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | | | 105.40 | 211.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,222.76 | 0.00 |
| A0097323 | 04/11/05 | 0504000237 | 1,136.00 | 0.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,800.00 | 1,656.00 | 111.60 | 234.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 | 0.00 |
| A0097635 | 04/18/05 | 0504000350 | 144.00 | 0.00 | 0.00 | 18.85 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,300.00 | 1,196.00 | 80.60 | 133.05 | 0.00 | 0.00 | 0.00 | 0.00 | 963.50 | 0.00 |
| A0097639 | 04/18/05 | 0504000368 | 104.00 | 0.00 | 0.00 | 7.25 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 500.00 | 0.00 | 31.00 | 28.65 | 0.00 | 0.00 | 0.00 | 0.00 | 433.10 | 0.00 |
| A0097959 | 04/25/05 | 0504000478 | 0.00 | 1,656.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,800.00 | | 111.60 | 234.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 | 0.00 |
| A0098266 | 05/02/05 | 0505000005 | 144.00 | 0.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,800.00 | 1,656.00 | 111.60 | 234.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 | 0.00 |
| A0098612 | 05/09/05 | 0505000155 | 144.00 | 0.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,800.00 | 1,656.00 | 111.60 | 234.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 | 0.00 |
| A0098930 | 05/16/05 | 0505000303 | 184.00 | 0.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,800.00 | 1,616.00 | 111.60 | 224.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,254.11 | 0.00 |
| A0099266 | 05/23/05 | 0505000452 | 144.00 | 0.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,800.00 | 1,656.00 | 111.60 | 234.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 | 0.00 |
| A0099568 | 05/30/05 | 0505000584 | 144.00 | 0.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,800.00 | 1,656.00 | 111.60 | 234.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 | 0.00 |
| A0099906 | 06/06/05 | 0506000099 | 144.00 | 0.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,800.00 | 1,656.00 | 111.60 | 234.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 | 0.00 |
| A0100209 | 06/13/05 | 0506000236 | 288.00 | 0.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,800.00 | 1,512.00 | 111.60 | 198.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,176.11 | 0.00 |
| A0100566 | 06/20/05 | 0506000400 | 144.00 | 0.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,800.00 | 1,656.00 | 111.60 | 234.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 | 0.00 |
| A0100897 | 06/27/05 | 0506000514 | 144.00 | 0.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,800.00 | 1,656.00 | 111.60 | 234.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 | 0.00 |
| A0101238 | 07/04/05 | 0507000067 | 144.00 | 0.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,800.00 | 1,656.00 | 111.60 | 234.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 | 0.00 |
| A0101607 | 07/04/05 | 0507000197 | 104.00 | 0.00 | 0.00 | 18.85 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,300.00 | 1,196.00 | 80.60 | 133.05 | 0.00 | 0.00 | 0.00 | 0.00 | 963.50 | 0.00 |
| A0101607 | 07/08/05 | 0507999990 | (1,300.00) | (1,196.00) | (80.00) | (18.85) | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | | | | (133.05) | 0.00 | 0.00 | 0.00 | 0.00 | (963.50) | 0.00 |
| A0101620 | 07/11/05 | 0507000211 | 104.00 | 0.00 | 0.00 | 18.85 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 1,300.00 | 1,196.00 | 80.60 | 133.05 | 0.00 | 0.00 | 0.00 | 0.00 | 963.50 | 0.00 |
| A0101742 | 07/12/05 | 0507000263 | (144.00) | 144.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 144.00 | 0.00 |
| A0102042 | 07/18/05 | 0507000403 | 1,800.00 | 1,656.00 | 0.00 | 26.10 | 0.00 | 0.00 | | | 0.00 | 0.00 |
| | | | 144.00 | | 111.60 | 234.19 | 0.00 | 0.00 | 0.00 | 0.00 | 1,284.11 | 0.00 |
| 00707646 | 08/01/05 | 0508000002 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00710000 | 08/15/05 | 0508000289 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00711111 | 08/22/05 | 0508000455 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00711819 | 08/29/05 | 0508000538 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00713085 | 09/05/05 | 0509000106 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00714317 | 09/12/05 | 0509000258 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00715392 | 09/19/05 | 0509000390 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00716274 | 09/26/05 | 0509000516 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00716274 | 09/26/05 | 0509999987 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00716382 | 09/26/05 | 0509000525 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00717586 | 10/03/05 | 0510000035 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00718702 | 10/11/05 | 0510000192 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00719531 | 10/17/05 | 0510000290 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

US Beverage 156