**MARCHETTI & LOMAX, LLP**
ATTORNEYS AT LAW
1443 SECOND AVENUE
POST OFFICE BOX 2339
COLUMBUS, GEORGIA 31902-2339

000141

RICHARD A. MARCHETTI
ROBERT R. LOMAX*
*Admitted in Georgia
 and Alabama

Telephone (706) 322-0100
Facsimile (706) 322-1922

February 1, 2005

Mr. John B. Walker
Trident Marketing, Inc.
23611 Litchfield Bend Lane
Katy, Texas 74494

Mr. David Ryan Hamner
Trident Marketing, Inc.
1612 39th Street
Columbus, Georgia 31904

    Re: *Trident Marketing, Inc. (the "Corporation")*

Gentlemen:

  I sincerely appreciate you allowing me to handle the incorporation of your business venture known as *Trident Marketing, Inc.* The incorporation process has been completed, so I would like to pass along to you certain information regarding the Corporation. I have enclosed a binder for each of you containing copies of the relevant corporate documents relating to the incorporation and organization of the Corporation. In John's letter, I have included an extra binder for delivery to the Corporation's accountant.

  With regard to the organization of the Corporation, the basic data regarding the Corporation is:

- Corporate Name:  Trident Marketing, Inc.

- Incorporation Date:  August 2, 2004

- Effective Date:  November 1, 2004 (date the Corporation first issued shares, had assets or began doing business)

- Shareholders:  John B. Walker – 500 shares
  David Ryan Hamner – 500 shares

- Officers (2):  President/Treasurer – John B. Walker
  Vice-President/Secretary – David Ryan Hamner

- Directors (2):  John B. Walker
  David Ryan Hamner

**EXHIBIT 5**