000038



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Thu Jun 22 04:16:33 EDT 2006*

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Logout  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | JUICE ALIVE |
| **Goods and Services** | IC 032. US 045 046 048. G & S: Juice Based Concentrates. FIRST USE: 20040810. FIRST USE IN COMMERCE: 20040930 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.15.08 - Drops (rain, tear, etc.); Raindrops; Teardrops<br>05.09.03 - Oranges, tangerines and the like; grapefruit |
| **Serial Number** | 78479147 |
| **Filing Date** | September 6, 2004 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | September 20, 2005 |
| **Registration Number** | 3027833 |
| **Registration Date** | December 13, 2005 |
| **Owner** | (REGISTRANT) Trident Marketing CORPORATION GEORGIA 23611 Litchfield Bend Lane Katy TEXAS 77494 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JUICE" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) Blue, Black, Orange, Green is/are claimed as a feature of the mark. The mark consists of Juice written in Blue, Alive written in Black, The water droplets coming from the "e" in Alive are in Blue. The Orange image is in the color orange and the leaf at the top of the orange is green. |

EXHIBIT 6