000132



EXHIBIT 7