# juice alive
### With Vitamin C!

**Wholesale Fruit Juice For Your Daycare**

- 100% Real Fruit Juice!
- THE Lowest Prices Around!
- Fast and Easy Ordering!
- 17 Different Flavors!
- Tastes Great!

*What are your kids drinking?*

To order Juice Alive or to order Fruit Juice for resale, call us at:

**1-866-94-JUICE**

Or visit us online at:

**WWW.JUICEALIVE.COM**

13862_Juice alive postcards  9/27/04  8:40 AM  Page 1

EXHIBIT 8