000095

# U.S. Beverage, Inc.
# 844 Lagoon Commercial Blvd.
# Montgomery AL 36117

# Purchase Order

| DATE | P.O. NO. |
|------|----------|
| 12/13/2005 | 2277 |

| Vendor | Ship To |
|--------|---------|
| Supreme Manufacturing<br>5 Connerty Court<br>East Brunswick NJ 08816<br>954.985.6892<br>732.254.5736 | Store-It-Storage<br>U S Beverage – John Copeskey<br>5491 Plaza Dr. Unit D-228<br>Brandon, MS 39047 |

RECEIVED IN FULL

*358 Cases @ 1.20 #42960*
*Invoiced # 41*
*1/12/06*

| FAXED BY | FAXED DATE |
|----------|------------|
|          |            |

| ITEM | CASES | DESCRIPTION | COST | AMOUNT |
|------|-------|-------------|------|--------|
| 1001MS | 60 | Juice Alive Blue Raspberry 6-1/2 gal 5:1 100% Juice Concentrate Fortified with Vitamin C and Calcium | | 1,271.99 |
| 1002MS | 60 | Juice Alive Strawberry Kiwi 6-1/2 gal 5:1 100% Juice Concentrate Fortified with Vitamin C and Calcium | | 1,271.99 |
| 1003MS | 40 | Juice Alive Green Watermelon 6-1/2 gal 5:1 100% Juice Concentrate Fortified with Vitamin C and Calcium | | 847.99 |
| 1004MS | 20 | Juice Alive Passion Fruit 6-1/2 gal 5:1 100% Juice Concentrate Fortified with Vitamin C and Calcium | | 424.00 |
| 1005MS | 20 | Juice Alive Citrus Orange 6-1/2 gal 5:1 100% Juice Concentrate Fortified with Vitamin C and Calcium | | 424.00 |
| 1006MS | 18 | Juice Alive Cherry 6-1/2 gal 5:1 100% Juice Concentrate Fortified with Vitamin C and Calcium | | 381.60 |
| 1007MS | 20 | Juice Alive Banana Split 6-1/2 gal 5:1 100% Juice Concentrate Fortified with Vitamin C and Calcium | | 424.00 |
| 1008MS | 30 | Juice Alive Red Grape 6-1/2 gal 5:1 100% Juice Concentrate Fortified with Vitamin C and Calcium | | 635.99 |
| 1009MS | 30 | Juice Alive Fruit Punch 6-1/2 gal 5:1 100% Juice Concentrate Fortified with Vitamin C and Calcium | | 635.99 |

**Total**

EXHIBIT
9