12/21/04

Grady, Tom

The following is a response to the initial offer by USB for the repurchase of shares of stock held by John Walker.

1. Payment at closing of accumulated expenses currently $15,768.45 as of 11/30/04.
2. Payment at closing of accumulated commissions currently $20,074.91 as of 11/30/04.
3. 1/3 of real equity in the building Estimated @ $20,000.
4. Payoff of all business credit cards with personal guarantees.
    a. Citi Business Visa
    b. Wells Fargo Credit Line
    c. South Trust Visa
    d. Any others.
5. Continuation of Life insurance for the term of the buyout. $1,384 per year.
6. Pay health insurance w/family coverage for a period of 3 years. $7,440 per year.
7. Removal of all financial liabilities with 5 years of execution of this agreement.
8. Repurchase of stock including non-compete for $325,000 @ 7.5% interest over a 5 year period. ($6,512.33 per month)
9. Non-compete agreement for Alabama, Georgia, Mississippi and Arkansas and the counties in South Texas where Rio Grande Currently operates.

EXHIBIT 11

US Beverage 095