*#65,400*

000091

*1.77*
*$404*

US Beverage
PO Box 231224
Montgomery, AL 36123

### *John Walker Buyout Proposal*

The proposed buyout of John Walker from US Beverage, Inc. and all related entities including Rio Grande Beverage, Inc. and GBD Holding, LLC is outlined in the following.

<u>GBD Holding, LLC</u>- Purchase of John Walkers shares of ownership equal to 33 1/3 % to be purchased for an estimated **$15,000.00** and to be paid at closing. Closing to be on or before December 15th, 2005 with effective date of January 1, 2006 for tax purposes, if possible.

<u>US Beverage, Inc.</u> – Purchase of John Walkers shares of ownership of 500 shares of stock and all related commissions and expenses outstanding for the amount of **$200,000.00** in the following manner:

1/1/06-12/31/06 $24,000.00 paid in 12 installments of $2,000.00
1/1/07-12/31/07 $36,000.00 paid in 12 installments of $3,000.00
1/1/08-12/31/08 $48,000.00 paid in 12 installments of $4,000.00
1/1/09-12/31/09 $48,000.00 paid in 12 installments of $4,000.00
1/1/10-12/31/10 $44,000.00 paid in 12 installments of $3666.67

John Walker to train new USB sales manager 90 day contract as part of 5 year agreement, USB to pay related expenses.

        Payoff of credit lines: Citi Visa (through monthly payments),
        Card must be closed
        Continuation of Life Insurance policy for term of SBA loan and
        buyout ($500,000.00)
        Non –compete attached

*$120*
*Buy Pos*
*C Cost*

<u>Trident Marketing/Juice Alive</u> – US Beverage, Inc will enter into a 6 month distributorship agreement at 0.00$ per case. US Beverage with right to renew at end of 6 months at its sole discretion for 5x 1 year options at the agreed upon price of _____
Trident Marketing/ Juice Alive must be solely owned by John Walker at this time
Defined protected territory with non-compete: Alabama, Mississippi, Georgia, North Florida (panhandle through Jacksonville), Arkansas, South Texas (Corpus to Austin and South) South Carolina, and Tennessee. *Current locations in Georgia*
All marketing and POS materials at cost and /or rights to reproduce
Marketing assistance and lead generation via all available marketing vehicles Trident marketing and Juice Alive employ
Representative of TM/JA to attend all trade shows USB attends

*Notes Payable*
*Bun -*
*(1) Stock / Non - Compete*
*Trident -*
*(2) Expenses*
*Cipola -*
*Expenses =*

*USB Can Choose Manufacturer*
*Cimor*

**EXHIBIT 12**

John Walker
23611 Litchfield Bend Lane, Katy, TX 77494
(281)-395-4659

Response to John Walker Buyout Proposal from USB sent on 11-4-05

11-4-05

Grady, I have received your proposal and here is my response with amendments.

*GBD Holding, LLC*
Purchase of John Walkers shares of ownership equal to 33 1/3% to be purchased for $15,000.00 and to be paid in full at closing. Closing on or before December 15th, 2005 with effective date of January 1, 2006 for tax purposes if possible.

*US Beverage, Inc*
Purchase of John Walker's shares of ownership of 500 shares of stock for $175,000 paid over 5years @ 5% interest. I cannot pay capital gains on expenses or commissions therefore these two items cannot be included in the repayment for the stock. I have included two separate payment options below.

Option #1:
*Payment in cash at closing for expenses $18,306.24
*$29,899.46 in commissions to be paid through payroll for a period of one year @ $2,491.63 per month with the continuation of family coverage on health insurance and Simple IRA contributions under the same conditions prior to our stop in payroll.
*Stock payment as follows below in spreadsheet.

Payment schedule $175,000 @ 5% for 60 months

| Year | Monthly Payment | Total Payments |
|---|---|---|
| 2006 | $802.47 | $9,629.64 |
| 2007 | $3,927.47 | $47,129.64 |
| 2008 | $3,927.47 | $47,129.64 |
| 2009 | $3,927.47 | $47,129.64 |
| 2010 | $3,927.47 | $47,129.64 |
|  |  | $198,148.20 |

Option #2:
*Payment in cash at closing for expenses $18,306.24
*Payment in cash at closing for commissions $29,899.46
*Stock payment as follows below in spreadsheet

Payment schedule $175,000 @ 5% for 60 months

| Year | Monthly Payment | Total Payments |
|---|---|---|
| 2006 | $3,302.47 | $39,629.64 |
| 2007 | $3,302.47 | $39,629.64 |
| 2008 | $3,302.47 | $39,629.64 |
| 2009 | $3,302.47 | $39,629.64 |
| 2010 | $3,302.47 | $39,629.64 |
|  |  | $198,148.20 |

Stock redemption agreement to be put in place for 500 shares of USB stock in the event that USB does not live up to its obligation.
*Payoff of Citi Business Visa account ending in #6977 according to terms of the cardholder agreement. The account expired in February of 2005.
*A 2 week day training program on school systems for a new sales person/manager to be determined by USB. I must have 30 days in advance notice and agree on the time frame.
*US Beverage will also agree to a 2 week training program for Juice Alive/Trident marketing employees on juice/cola systems.
* Continuation of the Life insurance policy for the term of the SBA loan and the buyout.
*Non-Compete


*Trident Marketing/Juice Alive*

The agreement for USB to use the Juice Alive will be consummated with a distributor agreement; however, here are the important terms that I present.

*Defined Territory protected with non-compete: Includes the following states Alabama, Mississippi, Arkansas and South Texas to be outlined by county.
    I cannot give exclusive territories in South Carolina, Georgia, Tennessee or the North Florida panhandle at these prices; in addition to this I do not feel that US Beverage has the ability to fully develop these territories.
*US Beverage can either purchase pos and marketing materials from Trident Marketing at cost +10% or you can purchase directly from the printer of your choice. I will provide you with the software and you can arrange to have it printed.
* Trident Marketing/Juice Alive will supply USB with leads as they come available in your territory or outlying areas.
*Link to Juice Alive website for USB's website if it ever gets up and going.
*Trident Marketing is already wholly owned by John Walker
*Attendance of all USB tradeshows within its territories by Juice Alive rep.
*Price of Juice Alive per case currently $1.45 over cost this includes a $.25 per case rebate for pos. If we use the label with the peel away flavor sticker then the price will increase another $.25, bringing the total to $1.70 per case.
*6 month distributor agreement to begin with is acceptable.