# FREEDOM COURT REPORTING

## Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF ALABAMA
 3            MIDDLE DIVISION
 4
 5    CASE NUMBER:  CV 2:06-CV-496-MEF
 6    U.S. BEVERAGE, INC.,
 7         Plaintiff(s),
 8         vs.
 9    JOHN BUSTER WALKER, II; TRIDENT
10    MARKETING, INC; and A, B, C, and D,
11    fictitious defendants whose names are
12    otherwise unknown but which will be
13    supplemented by amendment,
14         Defendant(s).
15
16         S T I P U L A T I O N
17         IT IS STIPULATED AND AGREED
18    by and between the parties through
19    their respective counsel, that the
20    deposition of JOHN B. WALKER, II may
21    be taken before TAMIE J. STORY,
22    Commissioner, at the offices of Raymond
23    L. Jackson, Jr., 660 North College
```

## Page 2

```
 1    Street, Suite D, Auburn, Alabama, on
 2    the 14th day of September, 2006.
 3         IT IS FURTHER STIPULATED AND
 4    AGREED that the signature to and the
 5    reading of the deposition by the witness
 6    is waived, the deposition to have the
 7    same force and effect as if full
 8    compliance had been had with all laws and
 9    rules of Court relating to the taking of
10    depositions.
11         IT IS FURTHER STIPULATED AND
12    AGREED that it shall not be necessary for
13    any objections to be made by counsel to
14    any questions except as to form or
15    leading questions, and that counsel for
16    the parties may make objections and
17    assign grounds at the time of the trial,
18    or at the time said deposition is offered
19    in evidence, or prior thereto.
20         IT IS FURTHER STIPULATED AND
21    AGREED that the notice of filing of the
22    deposition by the Commissioner is
23    waived.
```

## Page 3

```
 1         INDEX
 2    EXAMINATION BY:            PAGE NUMBER:
 3    Mr. Gill              8
 4
 5    EXHIBITS:
 6    Plaintiff's 1 -       37
 7    Minutes
 8    Plaintiff's 2 -       39
 9    Minutes
10    Plaintiff's 3 -       41
11    Purchase Agreement
12    Plaintiff's 4 -       43
13    Buy/Sell Agreement
14    Plaintiff's 5 -       44
15    Non-compete Agreement
16    Plaintiff's 6 -       49
17    Tax Records
18    Plaintiff's 7 -       106
19    Outline
20    Plaintiff's 8 -       122
21    Bylaws
22    Plaintiff's 9 -       126
23    Resolution
```

## Page 4

```
 1    EXHIBITS:
 2    Plaintiff's 10 -      139
 3    Advertisement
 4    Plaintiff's 11 -      151
 5    USPTO Search
 6    Plaintiff's 12 -      184
 7    Letter
 8    Plaintiff's 13 -      245
 9    E-mail
10    Plaintiff's 14 -      256
11    E-mail
12    Plaintiff's 15 -      290
13    Fax
14    Plaintiff's 16 -      305
15    Proposal
16    Plaintiff's 17 -      323
17    Letter
18    Plaintiff's 18 -      341
19    Letter
20    Plaintiff's 19 -      358
21    Letter
22    Plaintiff's 20 -      399
23    Statement
```

1 (Pages 1 to 4)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 5

```
 1  EXHIBITS
 2  Plaintiff's 21 -    409
 3  Memo
 4  Plaintiff's 22 -    417
 5  Memo
```

Page 6

```
 1        IN THE UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF ALABAMA
 3                  MIDDLE DIVISION
 4
 5  CASE NUMBER:  CV 2:06-CV-496-MEF
 6
 7  U.S. BEVERAGE, INC.,
 8       Plaintiff(s),
 9  vs.
10  JOHN BUSTER WALKER, II; TRIDENT
11  MARKETING, INC; and A, B, C, and D,
12  fictitious defendants whose names are
13  otherwise unknown but which will be
14  supplemented by amendment,
15       Defendant(s).
16  BEFORE:
17       TAMIE J. STORY, Commissioner
18  APPEARANCES:
19       COPELAND, FRANCO, SCREWS &
20  GILL, P.A., by Mr. Nelson Gill, 444
21  South Perry Street, Montgomery, Alabama
22  36104, appearing on behalf of the
23  Plaintiff.
```

Page 7

```
 1       MR. RAYMOND L. JACKSON, JR.,
 2  Attorney at Law, 660 North College
 3  Street, Suite D, Auburn, Alabama 36830,
 4  appearing on behalf of the Defendants.
 5  ALSO PRESENT:
 6       Mr. Thomas Clark, Mr. Grady
 7  Kittrell, and Mr. Clifton Tunnell.
 8
 9            *************
10
11       I, TAMIE J. STORY, a Court
12  Reporter of Birmingham, Alabama, acting
13  as Commissioner, certify that on this
14  date, as provided by the Federal Rules
15  of Civil Procedure and the foregoing
16  stipulation of counsel, there came
17  before me at the offices of Raymond L.
18  Jackson, Jr., 660 North College Street,
19  Suite D, Auburn, Alabama, beginning at
20  9:00 a.m., JOHN B. WALKER, II, in the
21  above cause, for oral examination,
22  whereupon the following proceedings
23  were had:
```

Page 8

```
 1       JOHN B. WALKER, II,
 2  being first duly sworn, was examined
 3  and testified as follows:
 4
 5       THE REPORTER:  Usual
 6  stipulations?
 7       MR. GILL:  Yes.
 8       MR. JACKSON:  Yes.
 9
10  EXAMINATION BY MR. GILL:
11       Q.   Can you state your full
12  name for me, please?
13       A.   John Buster Walker, II.
14       Q.   Mr. Walker, my name is
15  Nelson Gill, and we just met briefly
16  beforehand.  And let me ask you first:
17  Have you ever had your deposition taken
18  before?
19       A.   No, I have not.
20       Q.   Well, just a brief
21  explanation of what's going to happen.
22  I'm going to ask you some questions and
23  if you don't understand, I want you to,
```

2 (Pages 5 to 8)

**FREEDOM COURT REPORTING**

Page 13

1  relative tree.
2      MR. JACKSON: Right.
3      Q.  Can you give me a brief
4  overview of your education?
5      A.  I have a B.S. in science
6  from Troy State University, and I
7  graduated from high school in --
8  Northmore High School in 19 -- excuse
9  me, in 1987. It's in Robbins, North
10 Carolina.
11     Q.  Do you have any other
12 degrees?
13     A.  No, I don't.
14     Q.  Any licenses?
15     A.  Outside of a driver's
16 license, no.
17     Q.  But you're not a
18 licensed --
19     A.  No.
20     Q.  -- real estate person or
21 anything like that?
22     A.  No, sir, I'm not.
23     Q.  Starting post-college, can

Page 14

1  you tell me a little bit about your
2  employment, your work history?
3      A.  Well, post-college -- I
4  didn't graduate from college until
5  early 2000. I mean, I worked and I
6  went to college at night.
7      Q.  Let me go back. That's
8  probably a bad question.
9      A.  Okay.
10     Q.  I don't want high school
11 jobs where you're just doing an odd and
12 end. I mean, tell me what you would
13 consider a real job was.
14     A.  I was in the military for
15 four years.
16     Q.  What did you do in the
17 military?
18     A.  I was a Navy Seal.
19     Q.  What time frame was that?
20     A.  From 1989 until 1993.
21     Q.  What did you do after the
22 military?
23     A.  I went to work with a

Page 15

1  company called Flowers Baking Company
2  out of Columbus, Georgia. We moved to
3  Phenix City, and I went to work with
4  Flowers Baking Company as a route
5  driver.
6      Q.  You say a route driver?
7      A.  That's correct.
8      Q.  Were you delivering bread?
9      A.  Yes, that's it.
10     Q.  Okay. How long did you
11 work for Flowers Baking?
12     A.  It's tough to say exactly,
13 but probably in the neighborhood of two
14 years.
15     Q.  Okay. Is that roughly 2005
16 -- I mean, 1995?
17     A.  That's correct, yes, sir.
18     Q.  What did you do after
19 leaving Flowers Baking?
20     A.  I started a company called
21 Tropical Perfections.
22     Q.  In 1995?
23     A.  That's correct.

Page 16

1      Q.  Where was that company
2  located?
3      A.  Here in Phenix City.
4      Q.  What kind of company was
5  it in 1995?
6      A.  It was basically a slush
7  company.
8      Q.  Explain what you mean by a
9  slush company to me.
10     A.  We bought and sold slush
11 machines and sold them to schools or
12 convenience stores and -- put them in
13 schools and sold them slush products,
14 juice mixes.
15     Q.  Now, you say "slush," and I
16 think I know what that means. How
17 would you define it to somebody that
18 doesn't have any idea?
19     A.  A frozen beverage product.
20     Q.  A frozen beverage product?
21     A.  Correct.
22     Q.  Now, going back, what kind
23 of company -- I may not have phrased

4 (Pages 13 to 16)

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**