5/24/04

US Beverage, Inc
844 Lagoon Commercial Blvd
Montgomery, AL 36116

The purpose of this document is to serve as a general outline of the intentions of Trident Marketing concerning the 100% juice concentrate currently warehoused and sold by US Beverage in Alabama, Mississippi, and Arkansas primarily to the day care industry.

It is the intention of Trident Marketing to create an image and brand this line of products for resale primarily via an internet website throughout the continental United States. As US Beverage is currently selling this product, Trident Marketing will not sell direct in the before mentioned states. In exchange for this agreement Trident Marketing will agree to provide the services outlined below for US Beverage.

- Website Creation for less than half of the industry rate. Industry rate typically is $65.00 per hour and $150 per page. Typical cost for entire design, development $700 to $1000.

- Trident Marketing's website design fee -- $275, which includes the following.
    o Design, Development and Domain name registration.
    o Free web hosting (estimated savings of $200 per year.)
    o 2 static website updates per month at no cost which includes any additional information pictures etc.

- Domain Name renewal $25.00 per year to be paid by US Beverage.

- Marketing services for the 100% Day Care juice line in Alabama, Mississippi, and Arkansas. These marketing services will be free of charge to US Beverage, including the creation, printing, production and mailing fees associated with the promotional material. Any accounts opened via such means of marketing shall be US Beverage accounts within the above states. Subsequent mailings shall also be free of charge. Trident Marketing shall be entitled to a 12% continual commission for such marketing services on all accounts generated via marketing services. This commission will be for continued maintenance of accounts including new mailers order forms etc.

- Trident Marketing may also assist in the development and production of new branding for any additional products on behalf of US Beverage.


Thank You,

Ryan Hamner
John Walker