EXHIBIT N – Clark letter regarding licensing agreement

844 Lagoon Commercial Boulevard
Montgomery, Alabama 36117
Fax 334.281.1227

**U S Beverage, Inc.**



| To: | Gary Dukes | From: | Tom Clark |
|---|---|---|---|
| Fax: | 954.985.6892 | Pages: | 1 |
| Phone: | 954.985.6405 | Date: | 11/18/2005 |
| Re: | Juice Alive Labels | CC: | John Walker |

☐ Urgent   ☑ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

Gary,

We have reached an agreement with Juice Alive to start distribution of the Juice Alive brand in our 100% Juice Products. Please let this signed fax serve as official authorization for you to begin selling U S Beverage, Inc. the Juice Alive products with a $1.20 increase per case to be paid to Juice Alive. We currently have a Purchase Order #2260 that I need to bear the Juice Alive brand. Call me if you have any questions. Thanks

*[signature]*

**Vice President**

U S Beverage, Inc.