# JARED D. NIELSEN & ASSOCIATES, P.C.

*Attorneys at Law*
**1201 PRINCE STREET**
**HOUSTON, TEXAS 77008**
(713) 683-9944
Fax: (713) 683-9940

May 15, 2006

Mr. Tom Clark
Mr. Grady Kittrell
US Beverage, Inc.
844 Lagoon Commercial Boulevard
Montgomery, Alabama 36117

Reference:   Unauthorized Marketing of Juice Alive®.

Dear Messrs. Clark & Kittrell:

This law firm represents Trident Marketing, Inc. ("Trident" or the "Company") and is authorized to send this letter on its behalf.

It has recently come to Trident's attention that US Beverage, Inc. ("USB") has been marketing the Company's Juice Alive® product line to customers and/or potential customers in the Montgomery, Alabama area. Please be advised that use of the Company's intellectual property rights, materials and products relating to the Juice Alive® brand is only permitted under a valid license from the Company, which USB does not presently have. Trident regards its Juice Alive® brand among its most valuable assets, and the materials in question are protected under various intellectual property laws, including federal trademark. Your actions in marketing Juice Alive® and using the Company's logos and materials without authorization constitute a serious infringement of the Company's rights.

Trident hereby formally requests that you immediately cease and desist from any further use of the Company's Juice Alive® logos, materials and products, and from any activities involving the Juice Alive® brand, unless and until such time as a valid license is obtained from the Company. Information regarding Juice Alive® licensing may be obtained by contacting the Company directly.

Mr. Tom Clark
Mr. Grady Kittrell
May 15, 2006
Page 2

Trident appreciates your immediate compliance in this matter. Should you have any questions or comments regarding any of the foregoing, you may contact me directly.

                        Sincerely yours,

                        K. Scott Smith

cc:   Mr. John Walker
      President
      Trident Marketing, Inc.
      23611 Litchfield Bend Lane
      Katy, Texas 77494