**EXHIBIT P – Letter from USB attorney to Walker**

# CHARLES W. EDMONDSON, P.C.
ATTORNEYS AT LAW
621 S. PERRY STREET
MONTGOMERY, ALABAMA 36104-5819
334-265-9034
cedmondson@bellsouth.net

CHARLES W. EDMONDSON

OF COUNSEL:
W. MARK ANDERSON, IV

P.O. Box 59
36101-0059
FAX -334-265-9425

FED I.D. # 72-1571500

April 20, 2006

John Buster Walker, II
23611 Lichfield Bend Lane
Katy, Texas 77494

RE:  U.S. Beverage, Inc.
     Special Meeting

Dear Mr. Walker:

Please be advised that this law firm represents U.S. Beverage, Inc., an Alabama corporation in which you are a shareholder thereof. Pursuant to the by-laws of U.S. Beverage, Inc. and at the direction of the president and vice president I have been instructed to notify you that a special meeting of the shareholders of U.S. Beverage will take place Wednesday, May 3, 2006, at 10 A.M.

The purpose of the special meeting is to address information received by the corporation that you have failed to properly discharge your duty as the vice president of U.S. Beverage and that you have otherwise acted in direct competition with the subject corporation. The special action proposed to be taken at said meeting is to terminate you as an officer of the corporation and thus discontinue any benefits you are receiving from the same to include, but not be limited to, health insurance. Further, at such meeting, a new officer will be appointed to fill the role of vice president of the corporation.

Sincerely,

Charles W. Edmondson
Attorney for U.S. Beverage, Inc.
for the Firm

CWE/lam

cc:  Thomas Going Clark, III
     Grady Dowling Kittrell