IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-CV-496-SRW |
| | ) |
| JOHN BUSTER WALKER, II; and | ) |
| TRIDENT MARKETING, INC.; | ) |
| | ) |
| Defendants. | ) |
| ------------------------------------------------- | |
| JOHN BUSTER WALKER, II; and | ) |
| TRIDENT MARKETING, INC.; | ) |
| | ) |
| Counterclaim Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. BEVERAGE, INC.; | ) |
| | ) |
| Counterclaim Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| GRADY DOWLING KITTRELL; | ) |
| THOMAS GOING CLARK, III; and | ) |
| NORMAN "Buddy" TODD; | ) |
| | ) |
| Third Party Defendants. | ) |

## DENDANTS' MOTION FOR PERMISSION TO FILE REPLY BRIEF

On March 16, 2007, all parties to the above referenced case filed briefs in support of their respective motions for preliminary injunction. Defendants John B. Walker, II and Trident Marketing, Inc., as Counterclaim Plaintiffs, filed a brief in support of their motion for a preliminary injunction against Counterclaim Defendant and Third Party Defendants related to the ownership of the trademark Juice Alive®. On the same day, Plaintiff U.S. Beverage, Inc. filed a

1

brief in support of its motion for preliminary injunction. Plaintiff U.S. Beverage, Inc. argued among other things that Walker's stock be cancelled and/or that this Court should award damages and final relief at the preliminary injunction hearing. Defendants would like to have the opportunity to respond in writing to Plaintiff's arguments and factual assertions. Defendants believe that a reply brief will be helpful to this Court in deciding issues related to the parties' respective requests for preliminary injunction.

The Court's briefing order did not give a date on which parties may file a reply brief. Defendants John B. Walker, II and Trident Marketing, Inc. respectfully ask this Court to allow them to file a reply brief to respond to the arguments and factual assertions contained in Plaintiff's brief. Defendants respectfully ask that they be given until Thursday April 5, 2007 to file a reply brief.

RESPECTFULLY SUBMITTED this the 23RD day of MARCH 2007.

_____
Raymond L. Jackson, Jr. (JAC054)
Attorney for John B. Walker, II, and
Trident Marketing, Inc.

**OF COUNSEL:**
Raymond L. Jackson, Jr.
Jackson Law Group, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
(334) 821-0600
(334) 821-1950 (FAX)
rjackson@auburnattorney.com

## CERTIFICATE OF SERVICE

I certify that on this the 23rd day of March 2007 a copy of the foregoing pleading was served upon all counsel of record through the EMCS electronic filing system and/or by placing said copy in First Class U.S. Mail with postage prepaid to the following addresses:

Richard H. Gill, Esq.
C. Nelson Gill, Esq.
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

_____
Raymond L. Jackson, Jr. (JAC054)