IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-496-MEF |
| | ) |
| JOHN BUSTER WALKER, II, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion for Permission to File Reply Brief (Doc. #26) filed on March 23, 2007, it is hereby

ORDERED that the motion is GRANTED to and including April 5, 2007.

DONE this 27th day of March, 2007.

                                                            /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE