IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

U.S. BEVERAGE,  INC.,                              )
                                                  )
      Plaintiff,                            )
v.                                                )       CASE NO. 2:06-cv-496-MEF
                                                  )
JOHN BUSTER WALKER, II, *et al.,*                 )
                                                  )
      Defendants.                           )

# <u>O R D E R</u>

It is hereby ORDERED that by no later than April 2, 2007, all parties shall submit to

Chambers of the undersigned a paper courtesy copy of the briefs and evidentiary materials

filed on March 16, 2007.

DONE this 27th day of March, 2007.


                                                /s/ Mark E. Fuller            
                       CHIEF UNITED STATES DISTRICT JUDGE