Int. Cl.: 32

Prior U.S. Cls.: 45, 46 and 48

000041

Reg. No. 3,027,833

**United States Patent and Trademark Office**  Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER

# juice alive

TRIDENT MARKETING (GEORGIA CORPORATION)
1612 39TH. STREET
COLUMBUS, GA 31904

FOR: JUICE BASED CONCENTRATES, IN CLASS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 8-10-2004; IN COMMERCE 9-30-2004.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JUICE", APART FROM THE MARK AS SHOWN.

THE COLOR(S) BLUE, BLACK, ORANGE, GREEN IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF JUICE WRITTEN IN BLUE, ALIVE WRITTEN IN BLACK, THE WATER DROPLETS COMING FROM THE "E" IN ALIVE ARE IN BLUE. THE ORANGE IMAGE IS IN THE COLOR ORANGE AND THE LEAF AT THE TOP OF THE ORANGE IS GREEN.

SER. NO. 78-479,147, FILED 9-6-2004.

RUSS HERMAN, EXAMINING ATTORNEY

EXHIBIT 1

