**FREEDOM COURT REPORTING**

Page 1

1  IN THE UNITED STATES DISTRICT COURT FOR
2     THE NORTHERN DISTRICT OF ALABAMA
3              MIDDLE DIVISION
4
5  CASE NUMBER:  CV2:06-CV-496-MEF
6
7  U.S. BEVERAGE, INC.,
8       Plaintiff,
9       vs.
10
11 JOHN BUSTER WALKER, II; et al.,
12      Defendants.
13
14            S T I P U L A T I O N
15       IT IS STIPULATED AND AGREED by
16 and between the parties through their
17 respective counsel, that the deposition
18 of RYAN HAMNER may be taken before
19 Leslie K. Hartsfield, at the offices of
20 Raymond L. Jackson, Jr., 600 N. College
21 Street, Suite D, Auburn, Alabama, 36830,
22         DEPOSITION OF RYAN HAMNER
23 taken on the 16th day of November, 2006.

*COPY*

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 91

1  is not me.
2       Q.   Would it be fair to say that
3  this Trident Marketing was really
4  Mr. Walker's company that you were just
5  kind of there to assist him?
6            MR. JACKSON:  Object to
7  form.
8       A.   No.  'Cause I -- no,
9  definitely not because I came up with
10 the name, did the logo.  The website was
11 hosted on my server space.  The main
12 name was registered in my name to begin
13 with until I got reimbursed.
14      Q.   But you did so because --
15 strike that.
16           You said you didn't have any
17 knowledge of the juice business prior to
18 this?
19      A.   No.
20      Q.   And this was a juice
21 business that y'all were starting;
22 correct?
23      A.   Yes.

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 92

1  Q. So at least the inception of
2  the idea would have been John's. I'm
3  not saying you didn't contribute and
4  that you didn't have a play -- whatever
5  role that you played. I'm not trying to
6  downplay your --
7  A. Oh, yeah.
8  Q. But you wouldn't have
9  thought of a juice business, would
10 you?
11 A. No.
12 Q. Are you familiar with
13 Tropical Perfections?
14 A. Roughly.
15 Q. You understand that was
16 Mr. Walker's business prior to U.S.
17 Beverage?
18 A. Yes.
19 Q. And that was also a juice,
20 slush business?
21 A. Slushy business from what I
22 understand.
23 Q. I mean, are you making --

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**