Alabama - Google Maps

Exhibit G – Map showing 200 mile radius of Montgomery, Alabama

©2007 Google - Map data ©2007 NAVTEQ™ - Terms of Use

http://maps.google.com/maps?f=q&hl=en&q=Alabama&layer=&ie=UTF8&z=7&ll=33.027088,-86.583252&spn=6.841125,13.8...    4/2/2007