IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-496-MEF |
| | ) |
| JOHN BUSTER WALKER, II, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Strike (Doc. #31) filed on April 12, 2007, it is hereby

ORDERED that the defendants show cause in writing on or before April 20, 2007 as to why the motion should not be granted.

DONE this the 12th day of April, 2007.

                                                                       /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE