

# Jackson Law Group, P.C.

Raymond L. Jackson, Jr. (AL & GA)
Scott R. Crouse
Brian D. Mann, of Counsel

**Exhibit B – 1/8/2007 cover letter to Defendants' document production**

660 N. College St.
P.O. Box 3575
Auburn, AL 36831
tel. 334.821.0600
fax. 334.821.1950

2505 Crawford Rd.
Phenix City, AL
tel. 334.664.0336
fax. 334.664.0340

January 8, 2007

C. Nelson Gill, Esq.
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

    **Re:**    **U.S. Beverage, Inc. v. John Walker, et al.**

Dear Nelson:

    Please find enclosed my clients' document production responding to the requests that you made during his deposition. I look forward to receiving the documents that your clients promised to provide to me.

    If you have any questions, you can call me at (334) 821-0600.

                          Sincerely,

                          Raymond L. Jackson, Jr.

cc: Mr. John B. Walker