

# Jackson Law Group, P.C.

Raymond L. Jackson, Jr. (AL & GA)
Scott R. Crouse
Brian D. Mann, of Counsel

660 N. College St., Suite D
P.O. Box 3575
Auburn, AL 36831-3575
tel. 334.821.0600
fax. 334.821.1950

2505 Crawford Rd.
Phenix City, AL 36867
tel. 334.664.0336
fax. 334.664.0340

— Exhibit F – 3/21/2007 letter by Defendants' counsel regarding document requests —

March 21, 2007

C. Nelson Gill, Esq.
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

RE:  *U.S. Beverage, Inc. v. John Walker, et al.*
     **Documents requested during Clark deposition**

Dear Nelson:

I have attached hereto a summary of the documents that you and Mr. Clark agreed to produce during Clark's deposition. Because our hearing date is fast approaching, I need these documents and the other documents that you indicated that you would be producing by the end of this month. We previously told the Court that we would complete our document production in January. If I cannot get all of these documents from you by the end of this month, I will have to ask the Court for an order compelling the production of those documents prior to our preliminary injunction hearing.

Thank you in advance for your cooperation. If you have any questions, you can call me at (334) 821-0600.

Sincerely,

*Raymond L. Jackson, Jr.*

Raymond L. Jackson, Jr.

Encl.

cc: Mr. John B. Walker, II

## Documents Requested during Deposition of Thomas Clark

46: **Request for him to provide minutes or other notes from shareholder meetings.**

50: **Request for notes or minutes reflecting consent of Walker to having his salary changed.**

75: **Request for records of when U.S. Beverage began selling to customers in North Carolina.**

85: **Request for any other evidence that shows U.S. Beverage owned JA including any of Clark's notes on this subject.**

131: **Request for records reflecting lost customers and to give specifics of what customers U.S. Beverage lost in Mississippi.**

138: **Request for emails from customers regarding confusion over whether Walker was with U.S. Beverage.**

156: **Request for financial statements that are not cut-off on the side.**

161: Explains that the original document has 3 kinds of highlighted customers on it; **Request to produce these documents in color**