IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| U. S. BEVERAGE, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv496-MEF |
| | ) | |
| JOHN BUSTER WALKER, II, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | | |
| JOHN BUSTER WALKER, II, et al., | ) | |
| | ) | |
|     Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U. S. BEVERAGE, INC., | ) | |
| | ) | |
|     Counterclaim Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GRADY DOWLING KITTRELL, | ) | |
|     et al., | ) | |
| | ) | |
|     Third Party Defendants. | ) | |

## **ORDER**

Upon consideration of Defendants' Motion to Compel Production of Documents By Plaintiff and/or Third Party Defendants (Doc. #33), filed April 15, 2007, and for good cause, it is,

ORDERED that the parties file a response to the motion on or before Tuesday, April 17, 2007.

DONE, this 16th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE