## Document Requests

1. Please provide any financial documents that show the breakdown of sales of slush products versus other juice products and the breakdown of juice products versus equipment sales. - 37

2. Please provide any records or documents that describe the percentage of sales of each component of your business. – 37,39

3. Please provide any documents, correspondence, drafts, or contracts evidencing a willingness by Cool Tropics to provide US Beverage with an exclusive 14 state footprint. - 61

4. Please provide any documents, letters, or correspondence that US Beverage sent to Supreme Manufacturing evidencing its desire to stop using Cool Tropics. – 63,131

5. Please provide any financial records that evidence any personal loans made by Mr. Walker to US Beverage. – 69

6. Please provide a copy of any records, notes, or minutes that evidence a willingness by Mr. Walker to move back to Alabama. – 77

7. Please provide any documents, notes, or records that show a willingness by US Beverage to offset costs incurred by the sale of Mr. Walker's house in Texas at a loss. - 79

8. Please provide a copy of any notes, documents, or minutes taken at any type of shareholder or board of directors meeting while Mr. Walker worked at US Beverage. – 89

9. Please provide, on a yearly basis, the number of accounts Mr. Walker opened while working for US Beverage. – 107

10. Please provide any documents, records, or notes that evidence the amount of revenue generated, per year, by accounts opened by Mr. Walker while he worked for US Beverage. - 108

11. Please provide any manner of evidence that US Beverage believes proves that Mr. Walker was using US Beverage assets to further Trident Marketing. – 127

12. Please provide a list of any business that US Beverage has had in North Carolina from the beginning of 2004 to date, as well as any documents that support these claims. - 129

13. Please provide any notes, records, or documents that discuss US Beverage's future goals as a company. – 131


EXHIBIT 1

14. Please provide the level of sales necessary for Mr. Walker to complete in order for him to reach his maximum salary. – 139

15. Please provide any notes, records, or documents that evidence instances in which Mr. Walker opened an account, but it was decided that he should not receive commissions. – 142

16. Please provide any notes, records, or documents that evidence a willingness by Mr. Walker to agree to a change in his salary from an equal 1/3 with the other partners to a commission based salary. – 144

17. Please provide a copy of any notes, outlines, or minutes from the July 19th 2005 meeting. – 153-154

18. Please provide any records, documents, notes, or financial statements that show any costs incurred by US Beverage for the production, printing, or mailing of any Juice Alive flyers. – 196

19. Please provide a copy of a May 2004 document sent to an attorney in Columbus, Ga or Phenix City that represented the extent of the distribution area that US Beverage claimed. – 199

20. Please provide a copy of any original drafts of the noncompete agreement sent to Mr. Walker's Lawyer. – 237

21. Please provide any records, documents, notes, or financial statements that US Beverage believes evidences the dollar amount of lost revenues caused by any actions taken by Mr. Walker. – 246

22. Please provide any notes, documents, or records that evidence that Mr. Walker actively bid in 2005 or 2006 for any school accounts. – 248

23. Please provide any notes, documents, or records that evidence the price/charge per case paid to the owner of Cool Tropics for use of their brand. – 261

24. Please provide any notes, documents, or records that evidence the price/charge per case that US was paying Harvest Pure for use of its brand. – 264

25. Please provide a copy of any records or purchase orders that evidence a purchase by US Beverages of any product bearing the Juice Alive name at no charge. – 283-284

26. Using an account list, or any other documents necessary, please provide a list of any businesses that US Beverage's alleges to have lost to Mr. Walker within 200 miles of Montgomery. – 291

27. Please provide a list of any actual products sold within 200 miles of Montgomery by Dispensing Systems. – 293-294

28. Please describe the business and the location of the "South Mississippi" account that US Beverage contends that Mr. Walker bid on within the 200-mile radius of Montgomery. – 293

29. Please provide a list of any instances that you allege that Walker has caused, or continues to cause US Beverages to lose sales or profits. – 299

30. Please provide a list of areas that you contend you were or are a sole-source provider. – 304

31. Please provide any records, documents, or notes that caused US Beverage or any of its employees to become aware of any statements made by Scottie West regarding US Beverage. – 312

32. Please provide any records, documents, or notes that show the amount of tax liability that you allege that Mr. Walker passed on to US Beverage through his amended tax return. – 314

33. Please provide any records, documents, or notes that show any amount of funds that US spent in the development of Juice Alive brand or trademark. – 324

34. Please provide any meeting notes or records that US Beverage has discussing the development of any concepts or drafts of the Juice Alive name or logo. – 325

35. Please provide any sales records that indicate the first time that US Beverage sold any product bearing the Juice Alive name or Trademark. – 326

36. Please describe any methods that US Beverage employed to market products bearing the Juice Alive name or trademark. – 327

37. Please provide any records, documents, or notes that provide an accurate date for the creation of the Fruzars brand name and trademark. – 330

38. Please provide any records, documents, or notes that show any funds that US beverage paid to BLR for the development of the Fruzars brand. - 332