## Documents Requested during Deposition of Thomas Clark

46: **Request for him to provide minutes or other notes from shareholder meetings.**

50: **Request for notes or minutes reflecting consent of Walker to having his salary changed.**

75: **Request for records of when U.S. Beverage began selling to customers in North Carolina.**

85: **Request for any other evidence that shows U.S. Beverage owned JA including any of Clark's notes on this subject.**

131: **Request for records reflecting lost customers and to give specifics of what customers U.S. Beverage lost in Mississippi.**

138: **Request for emails from customers regarding confusion over whether Walker was with U.S. Beverage.**

156: **Request for financial statements that are not cut-off on the side.**

161: Explains that the original document has 3 kinds of highlighted customers on it; **Request to produce these documents in color**

EXHIBIT 2