IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| U. S. BEVERAGE, INC., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv496-MEF |
| | ) | |
| JOHN BUSTER WALKER, II, et al., | ) | |
| | ) | |
|    Defendants. | ) | |
| _____ | | |
| JOHN BUSTER WALKER, II, et al., | ) | |
| | ) | |
|    Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U. S. BEVERAGE, INC., | ) | |
| | ) | |
|    Counterclaim Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| GRADY DOWLING KITTRELL, | ) | |
|    et al., | ) | |
| | ) | |
|    Third Party Defendants. | ) | |

## **ORDER**

Upon consideration of Defendants' Motion to Compel Production of Documents By Plaintiff and/or Third Party Defendants (Doc. #33), filed April 15, 2007, and plaintiff's response to the motion (Doc. # 35), filed April 17, 2007, and for good cause, it is,

ORDERED that a telephone conference to address the motion and response is scheduled for 10:30 a.m. on April 19, 2007.

Counsel for defendants is DIRECTED to set up the telephone conference call. If this matter is resolved prior to the conference call, the parties shall so notify the court.

DONE, this 18th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE