IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U. S. BEVERAGE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:06cv496-MEF |
| ) | |
| JOHN BUSTER WALKER, II, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ | |
| JOHN BUSTER WALKER, II, et al., ) | |
| ) | |
| Counterclaim Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| U. S. BEVERAGE, INC., ) | |
| ) | |
| Counterclaim Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| GRADY DOWLING KITTRELL, ) | |
| et al., ) | |
| ) | |
| Third Party Defendants. ) | |

**ORDER**

Upon consideration of defendants' emergency motion to compel, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot, without prejudice, in light of the resolution reached by the parties in the telephone conference held this date.

DONE, this 19th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE