IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-496-MEF-SRW |
| | ) |
| JOHN BUSTER WALKER, II, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This cause is before the Court on the Joint Motion to Continue Preliminary Injunction Hearing (Doc. # 41). By this motion, all parties seek to continue the April 23, 2007 hearing on the pending requests for preliminary injunctions so that they can mediate this case. The Court has carefully considered the motion and finds that it is due to be GRANTED. Accordingly, it is hereby ORDERED as follows:

(1) The Joint Motion to Continue Preliminary Injunction Hearing (Doc. # 41) is GRANTED.

(2) In light of the parties agreement to mediate this case, the hearing on the motions for preliminary injunction is hereby continued from **April 23, 2007** to **June 18, 2007** at **10:00 A.M.** in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama. The parties are advised that the Court anticipates that any preliminary injunction hearing in this case would take no more than two days.

(3) Based on the representation of counsel that all parties have agreed to mediate this

case, the parties shall conduct that mediation by no later than **May 21, 2007**.

(4) By no later than **May 22, 2007**, the parties shall file a jointly prepared status report regarding the outcome of the mediation.

DONE this 20th day of April, 2007.

                                               /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE