IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:06-CV-496-SRW |
| ) | |
| JOHN BUSTER WALKER, II; and ) | |
| TRIDENT MARKETING, INC.; ) | |
| ) | |
| Defendants. ) | |
| --------------------------------------------- | |
| JOHN BUSTER WALKER, II; and ) | |
| TRIDENT MARKETING, INC.; ) | |
| ) | |
| Counterclaim Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. BEVERAGE, INC.; ) | |
| ) | |
| Counterclaim Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| GRADY DOWLING KITTRELL; ) | |
| THOMAS GOING CLARK, III; and ) | |
| NORMAN "Buddy" TODD; ) | |
| ) | |
| Third Party Defendants. ) | |

## JOINT MOTION TO EXTEND DEADLINES TO

## CONDUCT MEDIATION AND FILE MEDIATION REPORT

Plaintiff U.S. Beverage, Inc., Defendants John Walker and Trident Marketing, Inc., and Third Party Defendants Grady Kittrell and Tom Clark jointly move this Court's to extend the Court's current deadlines to conduct the mediation of this case until May 24, 2007, and to extend its current deadline to file a mediation report with the Court until May 25, 2007. In support of this motion, the parties state:

1

(1) The parties have agreed to hire attorney Bill Coleman from Capell & Howard, P.C. as the mediator in this case;

(2) Because of Mr. Coleman's other commitments, it was not possible to schedule the mediation on or before May 21, 2007;

(3) The earliest date that Mr. Coleman and the parties and their attorneys could schedule the mediation is Thursday May 24, 2007. The mediator and everyone involved in this case have confirmed this date;

(4) The parties ask that the Court to extend the deadlines contained in its Order dated April 20, 2007; and

(5) The parties ask that the Court extend the deadline to conduct the mediation of this case until May 24, 2007, and extend the deadline to file a mediation report with the Court until May 25, 2007;

WHEREFORE, Plaintiff, Defendants, and Third Party Defendants move this Court to extend the deadlines set forth in its April 20th order dated as set forth above.

DATED this the 9th day of May 2007.

                               s/Raymond L. Jackson, Jr.
                               Raymond L. Jackson, Jr. (JAC054)
                               Jackson Law Group, P.C.
                               P.O. Box 3575
                               Auburn, Alabama 36831-3575
                               rjackson@auburnattorney.com
                               Attorney for John B. Walker, II, and
                               Trident Marketing, Inc.

**OF COUNSEL:**
Raymond L. Jackson, Jr.
JACKSON LAW GROUP, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
(334) 821-0600
(334) 821-1950 (FAX)
rjackson@auburnattorney.com

        s/C. Nelson Gill
Richard H. Gill (GIL007)
C. Nelson Gill (GIL055)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery AL 36101-0347
Phone: 334/834-1180
Fax: 334/834-3172
Email: gill@copelandfranco.com
Email: ngill@copelandfranco.com
Attorneys for U. S. Beverage, Inc. and
Grady Kittrell and Thomas Clark

**OF COUNSEL:**
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery AL 36101-0347
Phone: 334/834-1180
Fax: 334/834-3172
Email: gill@copelandfranco.com
Email: ngill@copelandfranco.com

## CERTIFICATE OF SERVICE

I certify that on this the 9th day of MAY 2007 a copy of the foregoing pleading was served upon all counsel of record through the EMCS electronic filing system and/or by placing said copy in First Class U.S. Mail with postage prepaid to the following addresses:

    Richard H. Gill, Esq.
    C. Nelson Gill, Esq.
    Copeland, Franco, Screws & Gill, P.A.
    P.O. Box 347
    Montgomery, AL 36101-0347

    Raymond L. Jackson, Jr. (JAC054)
    Jackson Law Group, P.C.
    P.O. Box 3575
    Auburn, Alabama 36831-3575

                                    s/Raymond L. Jackson, Jr.
                                    Raymond L. Jackson, Jr. (JAC054)
                                    Jackson Law Group, P.C.
                                    P.O. Box 3575
                                    Auburn, Alabama 36831-3575
                                    rjackson@auburnattorney.com
                                    334-821-0600