IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:06-CV-496-SRW |
| JOHN BUSTER WALKER, II; and TRIDENT MARKETING, INC.; | ) |
| Defendants. | ) |
| JOHN BUSTER WALKER, II; and TRIDENT MARKETING, INC.; | ) |
| Counterclaim Plaintiffs, | ) |
| v. | ) |
| U.S. BEVERAGE, INC.; | ) |
| Counterclaim Defendant, | ) |
| and | ) |
| GRADY DOWLING KITTRELL; and THOMAS GOING CLARK, III; | ) |
| Third Party Defendants. | ) |

**JOINT NOTICE OF OUTCOME OF MEDIATION**

Plaintiff U.S. Beverage, Inc.; Third Party Defendants Grady Kittrell and Thomas Clark; and Defendants John Walker and Trident Marketing, Inc., hereby jointly submit this report of the outcome of the mediation of the above referenced case, which occurred on May 24, 2007. The parties were successful in settling this case in its entirety. The parties will submit a joint stipulation of dismissal to this Court within thirty (30) days.

RESPECTFULLY SUBMITTED this the 25th day of May 2007.

        s/Raymond L. Jackson, Jr.
Raymond L. Jackson, Jr. (JAC054)
Jackson Law Group, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
rjackson@auburnattorney.com
Attorney for John B. Walker, II, and
Trident Marketing, Inc.

**OF COUNSEL:**
Raymond L. Jackson, Jr.
JACKSON LAW GROUP, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
(334) 821-0600
(334) 821-1950 (FAX)
rjackson@auburnattorney.com

s/C. Nelson Gill
Richard H. Gill (GIL007)
C. Nelson Gill (GIL055)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery AL 36101-0347
Phone: 334/834-1180
Fax: 334/834-3172
Email: gill@copelandfranco.com
Email: ngill@copelandfranco.com
Attorneys for U. S. Beverage, Inc.

**OF COUNSEL:**
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery AL 36101-0347
Phone: 334/834-1180
Fax: 334/834-3172
Email: gill@copelandfranco.com
Email: ngill@copelandfranco.com

## CERTIFICATE OF SERVICE

I certify that on this the 25th day of May 2007 a copy of the foregoing pleading was served upon all counsel of record through the EMCS electronic filing system and/or by placing said copy in First Class U.S. Mail with postage prepaid to the following addresses:

Richard H. Gill, Esq.
C. Nelson Gill, Esq.
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

Raymond L. Jackson, Jr. (JAC054)
Jackson Law Group, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575

                                          s/Raymond L. Jackson, Jr.
                                          Raymond L. Jackson, Jr. (JAC054)
                                          Jackson Law Group, P.C.
                                          P.O. Box 3575
                                          Auburn, Alabama 36831-3575
                                          rjackson@auburnattorney.com
                                          334-821-0600