IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-496-MEF |
| | ) |
| JOHN BUSTER WALKER, II, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED that:

1. The preliminary injunction hearing set for June 18, 2007 is continued generally.

2. All pending motions are denied as moot.

3. The parties file a joint stipulation of dismissal on or before June 25, 2007.

DONE this the 25th day of May, 2007.

                                                /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE