**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| U.S. BEVERAGE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:06-cv-496-MEF |
| | ) | |
| JOHN BUSTER WALKER, II; TRIDENT MARKETING, INC.; et al. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND DEADLINE
FOR SUBMISSION OF JOINT STIPULATION**

Plaintiff U.S. Beverage, Inc., Defendants John Walker and Trident Marketing, Inc., and third-party Defendants Grady Kittrell and Tom Clark jointly move this Court to extend, for one week, the deadline in which the parties are to file their Joint Stipulation of Dismissal. In support of this Motion, the parties state:

1. On May 24, 2007, the parties conducted a mediation at which the parties reached a settlement agreement resolving all claims in the case. The settlement agreement was signed by all parties at the mediation; however, the settlement agreement required the drafting of multiple documents to effectuate the agreement.

2. On May 25, 2007, this Court, upon the report of the parties, ordered that the parties were to file a joint stipulation of dismissal on or before June 25, 2007.

3. Due to the multitude of documents which have to be drafted as a part of the settlement agreement, the parties have not yet finalized all necessary documents. Therefore, the parties jointly request one additional week in which to finalize all of the settlement documents before submitting the joint stipulation of dismissal.

WHEREFORE, Plaintiff U.S. Beverage, Inc., Defendants John Walker and Trident Marketing, Inc., and third party Defendants Grady Kittrell and Tom Clark jointly pray that the Court will grant this Motion and grant an extension of the time for which the parties shall file their joint stipulation of dismissal, allowing the parties until July 2, 2007 to file the joint stipulation.

s/C. Nelson Gill
Richard H. Gill (GIL007)
C. Nelson Gill (GIL055)
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P.O. Box 347
Montgomery AL 36101-0347
Phone: 334/834-1180
Fax: 334/834-3172
Email: gill@copelandfranco.com
Email: ngill@copelandfranco.com
*Attorneys for U. S. Beverage, Inc.*


 s/Raymond L. Jackson, Jr.
Raymond L. Jackson, Jr. (JAC054)
Jackson Law Group, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575
rjackson@auburnattorney.com
Phone:  334-821-0600
*Attorney for John B. Walker, II, and Trident Marketing, Inc.*