IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-496-MEF |
| | ) |
| JOHN BUSTER WALKER, II, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

# **O R D E R**

Upon consideration of the Joint Motion for Extension of Time to File Stipulation of Dismissal (Doc. #47) filed on June 22, 2007, it is hereby

ORDERED that the motion is GRANTED to and including July 2, 2007.

DONE this the 22nd day of June, 2007.

                                                             /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE