IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| PLAINTIFF, | ) |
| v. | ) CIVIL ACTION NO.: 2:06-cv-496-MEF |
| JOHN BUSTER WALKER, II; *et al.,* | ) |
| DEFENDANTS. | ) |

## **ORDER**

This cause is before the Court on the Motion for Enforcement of Mediated Settlement Agreement (Doc. # 49) filed by Plaintiff U.S. Beverage, Inc. on July 2, 2007. It is hereby ORDERED as follows:

1. On or before July 13, 2007, Plaintiff U.S. Beverage, Inc. shall file a brief in support of its motion setting forth the specific legal authority for the relief it seeks *and* this Court's authority to enforce the settlement agreement between the parties.

2. On or before July 20, 2007, Defendants shall file a response setting forth the factual and legal basis to their opposition to the motion, if any.

DONE this the 5th day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE