# Jackson Law Group, P.C.

Raymond L. Jackson, Jr. (AL & GA)
Scott R. Crouse
Brian D. Mann, of Counsel

669 N. College St., Suite D
P.O. Box 3575
Auburn, AL 36831-3575
tel. 334.821.0600
fax. 334.821.1950

2505 Crawford Rd.
Phenix City, AL 36867
tel. 334.664.0336
fax. 334.664.0340

July 16, 2007

C. Nelson Gill, Esq.
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery, AL 36101-0347

**VIA FAX & U.S. MAIL**

Re:   U.S. Beverage, Inc. & GBD Holding, LLC

Dear Nelson:

My client received a call from CitiBank on Friday of last week informing him that payment is substantially overdue on the Tropical Perfections credit card that your clients have agreed to pay. We consider the failure of your clients to promptly pay the credit card bill to be a serious breach of our settlement agreement. I am writing to demand that your clients bring the payments on this card up to date and to provide me with written proof thereof within ten days.

Thank you in advance for your cooperation. I look forward to hearing back from you after you consult with your clients.

Sincerely,

Raymond L. Jackson, Jr.

cc: Mr. John B. Walker