IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| U.S. BEVERAGE, INC., | ) | |
| | ) | |
|       Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-496-MEF |
| | ) | |
| JOHN BUSTER WALKER, II, *et al.*, | ) | |
| | ) | |
|       Defendants. | ) | |

# **ORDER**

This cause is before the Court on the Motion for Enforcement of Mediate Settlement Agreement (Doc. # 49) filed by Plaintiff on July 2, 2007.  It is hereby ORDERED that the motion is set for an evidentiary hearing on August 29, 2007 at 9:00 A.M. in Courtroom 2A of the Frank M. Johnson U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.  All parties and their counsel shall attend.

DONE this the 31st day of July, 2007.

                                    /s/ Mark E. Fuller

                          CHIEF UNITED STATES DISTRICT JUDGE