IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| U.S. BEVERAGE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:06-cv-496-MEF |
| JOHN BUSTER WALKER, II; TRIDENT MARKETING, INC.; et al. | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION FOR DISMISSAL

COME NOW the parties, and advise the Court that they have resolved the issues between them, and hereby stipulate that this matter be dismissed, with prejudice, as to both the claims and counterclaims, subject only to the jurisdiction of the Court set out in the settlement papers between the parties.

Done this 10th day of September, 2007.

_____
Richard H. Gill (GIL007)
C. Nelson Gill (GIL055)
Copeland, Franco, Screws & Gill, P.A.
P.O. Box 347
Montgomery AL 36101-0347
Phone: (334) 834-1180
Fax:    (334) 834-3172
Email: ngill@copelandfranco.com

**Counsel for Plaintiff U.S. Beverage, Inc.**

_____
Raymond L. Jackson, Jr. (JAC054)
Jackson Law Group, P.C.
P.O. Box 3575
Auburn AL 36831-3575
Phone: (334) 821-0600
Fax:    (334) 821-1950
Email: rjackson@auburnattorney.com

**Counsel for Defendants John B. Walker, II and Trident Marketing, Inc.**